**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In Re: ) | |
| ) | |
| **MOHAMED A. EL RAFAEI** ) | Case No. 20-12583 KHK |
| ) | Chapter 11 |
| Debtor. ) | |

**CONSENT MOTION TO FURTHER EXTEND DEADLINE
TO ASSUME OR REJECT COMMERCIAL REAL PROPERTY LEASE**

**COMES NOW** Mohamed A. El Rafaei, the Debtor and Debtor in Possession herein, and hereby files this Consent Motion to further extend the deadline to assume or reject commercial real property lease, and states as follows:

1. This proceeding was commenced by a voluntary chapter 11 petition, filed on November 23, 2020 (the "Petition Date").

2. The Debtor is a debtor in possession. No trustee or creditors' committee has been appointed in this case.

3. The Debtor's meeting of creditors was held on December 9, 2020. No creditors participated in the meeting.

4. The Debtor is an individual resident of the Commonwealth of Virginia.

---

Christopher L. Rogan, Esquire (VSB #30344)
ROGANMILLERZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 333
Leesburg, Virginia 20176
(703) 777-8850/Telephone
(703) 777-8854/Facsimile
*Counsel to Debtor*

1

5.  The Debtor owns interests in and operates two businesses; namely, a interior design and construction consulting business and a restaurant business, Cafe Concepts, LLC.

6.  Cafe Concepts, LLC was in the process of building out its leased space in early 2020 when the COVID pandemic began. The space is located at 7787 Leesburg Pike, Vienna, Virginia (the "Leased Premises"), and is leased by the Debtor and Mr. Rhanime[1] from Adel Kebaish and MD/Tysons LLC (the "Landlord"), pursuant to a commercial real property lease, dated October 29, 2019 (the "Lease"). The pandemic, together with the Debtor's financial difficulties, delayed the completion of the build-out and opening of the restaurant.

7.  As a result of the delays in completing the buildout and opening of the restaurant and the Debtor's financial difficulties, the Debtor was unable to pay the rent for a number of months in 2020, resulting in a significant rent arrearage. With the agreement of the Landlord, the Debtor and Café Concepts have made partial rent payments since the Debtor's bankruptcy was filed.

8.  Café Concepts, LLC is nearing completion of the buildout, and anticipates opening the restaurant for business in January 2022.

9.  The Debtor has been negotiating with the Landlord concerning lease arrearages and terms under which the Lease will be assumed. It is anticipated that the

---

[1] There is a degree of ambiguity in the Lease in that the lessee is identified as "Mohamed Elrafaei & Anis Rhanime doing business as Cafe Concepts, LLC" and Mr. El Rafaei is identified as the personal guarantor of the Lease. Out of an abundance of caution, the Debtor has sought extensions of time to assume or reject the Lease in the event the Debtor is deemed to be the lessee (or one of the lessees) under the Lease. This ambiguity will be resolved and the Lease clarified upon assumption of the Lease.

parties will agree to the repayment schedule of all of the arrearages, divided over a maximum period of 24-months, once the Lease is assumed and the restaurant opens.

10. The deadline to assume or reject the Lease was previously extended, by consent, to December 23, 2021. It was anticipated that the restraint buildout would be completed and the restaurant could open by that date. The Debtor now anticipates that the restaurant will be open in January 2022.

11. The Debtor believes that he should wait to assume the Lease until the restaurant is ready to open.

12. By this Consent Motion, the Debtor seeks an additional extension of the deadline to assume the Lease, to February 28, 2022.

13. The Landlord is agreeable to the requested extension, provided that rent payments are regular, timely and made in full.

14. An extension of the deadline is justified under the circumstances of this case and in the best interest of the Debtor, his creditors and his estate.

15. Notice of this Consent Motion has been provided to all creditors and parties in interest on December 22, 2021.

WHEREFORE, based upon the foregoing, the Debtor respectfully requests entry of an Order extending the deadline to assume or reject the commercial real property lease with Adel Kobeish and for such further relief as this Court deems just and proper.

Dated: December 22, 2021        Respectfully submitted,

Mohamed A. El Rafaei

By Counsel

      /s/ Christopher L. Rogan
Christopher L. Rogan, Esquire (VSB #30344)
R<small>OGAN</small>M<small>ILLER</small>Z<small>IMMERMAN</small>, PLLC
50 Catoctin Circle, NE, Suite 333
Leesburg, Virginia  20176
(703) 777-8850/Telephone
(703) 777-8854/Facsimile
crogan@RMZLawFirm.com
*Counsel to Debtor*

Agreed:

Landlord:

    MD/Tysons LLC

    By: /s/ Adel Kebaish
       Adel Kebaish, Manager

    /s/ Adel Kebaish
    Adel Kebaish

---

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this __22nd____ day of December 2021, a true and accurate copy of the foregoing Motion was served, via ECF on all parties requesting notice and on the Office of US Trustee, via Email.

                                        /s/ Christopher L. Rogan
                                        Christopher L. Rogan, Esq.