IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In Re: ) | |
| ) | |
| MOHAMED A. EL RAFAEI ) | Case No. 20-12583 KHK |
| ) | Chapter 11 |
| Debtor. ) | |

**ORDER GRANTING CONSENT MOTION
TO FURTHER EXTEND DEADLINE TO ASSUME OR REJECT
COMMERCIAL REAL PROPERTY LEASE**

**UPON CONSIDERATION** of the *Consent Motion to Further Extend Deadline to Assume or Reject Commercial Real Property Lease*, and it appearing therefrom that the landlord under the subject commercial real property lease has consented to the requested extension, and it further appearing that, after notice to all creditors and other parties in interested, no objections to the Consent Motion have been filed, and it further appearing that the Consent Motion is proper, in the best interests of the Debtor and his creditors and estate and should, therefore, be granted, it is by this Court

**ORDERED** that the Consent Motion is hereby **GRANTED**; and it is further

**ORDERED** that the deadline for the Debtor to assume or reject the commercial real property lease for the space located at 7787 Leesburg Pike, Vienna, Virginia, by and between the Debtor and Adel Kebaish and MD/Tysons LLC, be and hereby is extended to February 28, 2022.

Dated: Jan 10 2022

/s/ Klinette H Kindred
Hon. Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: January 11, 2022

1

Requested by:

/s/ Christopher L. Rogan
Christopher L. Rogan, Esquire (VSB #30344)
ROGANMILLERZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 333
Leesburg, Virginia  20176
(703) 777-8850/Telephone
(703) 777-8854/Facsimile
crogan@RMZLawFirm.com
*Counsel to Debtor*

Agreed:

Landlord:

MD/Tysons LLC

By: /s/ Adel Kebaish
     Adel Kebaish, Manager

/s/ Adel Kebaish
Adel Kebaish

## Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C) on December 22, 2021.

/s/ Christopher L. Rogan
Christopher L. Rogan