**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case |
| MOHAMED A. EL RAFAEI, | ) No. 20-12583-KHK |
| | ) Chapter 11 |
| Debtor. | ) |

## ORDER GRANTING MOTION TO CONVERT CASE TO CHAPTER 7

UPON CONSIDERATION of the Motion filed by H. Jason Gold, in his capacity as Chapter 11 Trustee ("Trustee") to convert this case to Chapter 7 of the United States Bankruptcy Code pursuant to 11 U.S.C. §§ 105(a) and 1112(b) and Federal Rule of Bankruptcy Procedure 1019 (Docket No. 247) ("Motion to Convert"), and the Court having held a hearing to consider the Motion to Convert on August 9, 2022; and it appearing that proper and adequate notice of the Motion to Convert has been given and that no further notice is necessary;

IT IS HEREBY ORDERED:

1. The Motion to Convert is Granted.

2. This case is hereby converted to one under Chapter 7 of the United States Bankruptcy Code.

3. The Debtor is required to file monthly financial reports for the months of November and December 2021 and January, February, March, April, May, June, July and August 2022, in the format established by the United States Trustee, within 30 days following entry of this Order.

Dated: Aug 17 2022 , 2022

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge
Entered On Docket: August 17, 2022

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW / Suite 900
Washington, DC  20001
Tel: 202.689.2800
Fax: 202.689.2860
Email:  dylan.trache@nelsonmullins.com


By:    /s/ Dylan G. Trache
       Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Trustee*


SEEN AND AGREED:

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia  22314
703.557.7176


By:     /s/ Jack I. Frankel (by DGT with authority)
        Jack I. Frankel


SEEN AND NO OBJECTION:


  /s/ Christopher L. Rogan (by DGT with authority)
Christopher L. Rogan, Esquire (VSB #30344)
RoganMillerZimmerman, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
(703) 777-8850/Telephone
(703) 777-8854/Facsimile
crogan@RMZLawFirm.com

*Counsel to the Debtor*

CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT

I HEREBY CERTIFY that the foregoing order has been endorsed by all necessary parties.

/s/ Dylan G. Trache
Dylan G. Trache

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Christopher L. Rogan
RoganMillerZimmerman, PLLC
50 Catoctin Circle, N.E., Suite 300
Leesburg, VA 20176