Gerard R. Vetter
Acting United States Trustee
For Region 4
1725 Duke Street, Suite 650
Alexandria, VA 22314
Jack Frankel, Attorney, VSB # 15019
(703) 557-7229
Email: Jack.I.Frankel@usdoj.gov

# United States Bankruptcy Court
## Eastern District of Virginia
### Alexandria Division

In re:                                                                    Case No. 20-12583-KHK

**Mohamed A. El Rafaei**

   Debtor.                                                           Chapter 7

-------------------------------------------------------

Gerard R. Vetter
**Acting United States Trustee**
**For Region 4**

   Plaintiff.

vs.                                                                Adversary Proceeding Number 23-01058-KHK

**Mohamed A. Rafaei,**

   Defendant.

### Order Granting Default Judgement and Revoking Discharge

   This matter, the Amended Complaint of the Gerald R. Vetter, Acting United States Trustee for Region 4, to Revoke the Discharge of the Debtor/Defendant, Mohamed A. El Rafaei, docket no. 2, came before the Court for hearing on January 30, 2024.  The Debtor/Defendant did not appear at the hearing.

   It appearing to the Court:

1. The Acting United States Trustee filed an Amended Complaint to Revoke the Discharge of the Debtor/Defendant on October 10, 2023. Adversary Docket No. 2.

2. The Amended Complaint was served on the Debtor/Defendant by regular, first-class, United States mail, postage fully pre-paid, at the Debtor/Defendant's address of record on October 11, 2023. Adversary Docket No. 4.

3. On January 8, 2024, there was an Entry of Default by the Clerk because the Debtor/Defendant failed to plead or otherwise defend in this case as required by law. Adversary Docket No. 9.

4. On January 30, 2024, a hearing was held in this matter. The Debtor/Defendant did not appear at the hearing. Adversary Docket No. 12.

5. The Debtor/Defendant has not filed an answer or any response to the Amended Complaint.

Now, therefore, it is hereby:

Ordered that the discharge of the Debtor/Defendant is revoked pursuant to 11 U.S.C. § 727(d)(3) and § 727(a)(6).

Ordered that the Clerk, pursuant to Bankruptcy Rule 4006, shall notify all parties in interest, in the manner provided by Bankruptcy Rule 2002, of the revocation of discharge.

Ordered that the Clerk shall serve a copy of this order on the parties listed below.

Feb 9 2024

/s/ Klinette H Kindred
_____
KLINETTE H. KINDRED
Bankruptcy Judge

Entered On Docket: Feb 9 2024

Gerard R. Vetter
Acting United States Trustee
For Region 4

_____
Jack Frankel, Attorney
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7229

cc:

Mohamed A. El Rafaei
9203 Old Courthouse Rd.
Vienna, VA 22182
*Debtor/Defendant*

Charles Benjamin Peoples
Thomas, Thomas & Hafer, LLP
1025 Connecticut Ave., N.W. Suite 608
Washington, DC 20036
Email: cpeoples@tthlaw.com
*Attorney for Trustee H. Jason Gold*

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
Email: brandt@brandtlawfirm.com
*Attorney for Debtor*

## Certificate of Service

I hereby certify that on the 4th day of February, 2024, I mailed, first class, United States mail, postage fully pre-paid, a true copy of this proposed order to the Debtor/Defendant at his address listed above and e-mailed a true copy of this proposed order to the Trustee, the Trustee's attorney and the Debtor's attorney at their email addresses listed above.

/s/  Jack Frankel