# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 20−12583−KHK

**In re:**  **Chapter** 7

Mohamed A. El Rafaei
9203 Old Courthouse Rd.
Vienna, VA 22182

**SSN:** xxx−xx−1517    **EIN:** NA

## NOTICE OF DENIAL OF DISCHARGE

Notice is hereby given that the court has entered an order on February 9, 2024 denying the discharge of the debtor(s) in the above−captioned case.

Dated:  February 9, 2024

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

(VAN−016)

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 20-12583-KHK

Mohamed A. El Rafaei  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 | User: | Page 1 of 4
Date Rcvd: Feb 09, 2024 | Form ID: VAN016 | Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mohamed A. El Rafaei, 9203 Old Courthouse Rd., Vienna, VA 22182-2013 |
| aty | + | RoganMillerZimmerman, PLLC, RoganMillerZimmerman, 50 Catoctin Circle, NE, Suite 300, 50 Catoctin Circle, NE, Suite 300 Leesburg, VA 20176-3101 |
| cr | + | Charles B. Peoples, 1025 Connecticutt Ave. NW Suite 608, Washington, dc 20036-5411 |
| intp | + | Omnia Moustafa, 9203 Old Courthouse Road, Vienna, VA 22182-2013 |
| 15523409 | + | Adel Kobeish, 7787 Leesburg Pike, Falls Church, VA 22043-2432 |
| 15523411 | + | Ali Hassani, 8504 Cherry Hits Court, Springfield, VA 22153-2252 |
| 15560592 | + | Ally Bank, by and through its servicer, Ally Servicing LLC, c/o Carl A. Eason, Esquire, 200 Bendix Road, Suite 300, Virginia Beach, VA 23452-1396 |
| 15523413 | + | American Express Blue, 20500 Belshaw Ave., Carson, CA 90746-3506 |
| 15523414 | + | Anis Rhanime, 8221 Westwood Mews Court, Vienna, VA 22182-6016 |
| 16029942 | + | Campbell Flannery PC, 1602 Village Market Blvd, Suite 225, Leesburg VA 20175-4716 |
| 15523417 | + | Charles B. Peoples, Esq., Thomas, Thomas,& Hafer, LLP, 1025 Connecticut Ave., NW, Suite 608, Washington, DC 20036-5411 |
| 15523418 | + | Commonwealth of VA, PO Box 27407, Richmond, VA 23261-7407 |
| 15533345 | + | Hanan Khalil, 1025 Connecticut Ave., Ste. 608, Washington, DC 20036-5411 |
| 15523420 | + | Hanan Khalil, 3102 Suffolk Drive, Houston, TX 77027-5717 |
| 15523423 | + | Nehal El Rafaie, 1415 Greenmont Court, Reston, VA 20190-4042 |
| 15997729 | | RoganMillerZimmerman, PLLC, Christopher L. Rogan, Esq., 50 Catoctin Cir, NW, Suite 300, Leesburg, VA 20176 |
| 15557056 | + | SunTrust Bank, now Truist Bank, Glasser and Glasser, P.L.C., Crown Center, Suite 600, 580 E. Main Street, Norfolk, VA 23510-2306 |
| 15523426 | + | Suntrust Bank, PO Box 79232, Baltimore, MD 21279-0232 |
| 15523427 | | Tamer El Bialy, 1929 Jeffersonian Drive, Vienna, VA 22182 |
| 15523429 | + | Wilbur Fuentes, 9011 Centerville Road, Lot 83, Manassas, VA 20110-8442 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 10 2024 00:52:52 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15556749 | | Email/Text: ally@ebn.phinsolutions.com | Feb 10 2024 00:48:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15691238 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 10 2024 00:52:53 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15523412 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 10 2024 00:48:00 | Ally Finan Company, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15539819 | | Email/PDF: bncnotices@becket-lee.com | Feb 10 2024 00:52:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15523415 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 10 2024 00:48:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-0000 |
| 15534449 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 10 2024 00:50:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15990171 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |

Case 20-12583-KHK   Doc 404   Filed 02/11/24   Entered 02/12/24 00:15:40   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0422-9 | User: | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 09, 2024 | Form ID: VAN016 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Feb 10 2024 00:48:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15523416 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2024 00:52:42 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 15573633 | + | Email/Text: va_tax_bk@harriscollect.com | Feb 10 2024 00:50:00 | Commonwealth of Virginia, Department of Taxation, PO BOX 2156, Richmond, VA 23218-2156 |
| 15523419 | | Email/Text: mrdiscen@discover.com | Feb 10 2024 00:49:00 | Discover Bank, PO Box 30943, Salt Lake City, UT 84130-0000 |
| 15527487 | | Email/Text: mrdiscen@discover.com | Feb 10 2024 00:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15523421 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 10 2024 00:49:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15523424 | | Email/Text: bnc@nordstrom.com | Feb 10 2024 00:49:42 | Nordstrom, PO Box 79139, Phoenix, AZ 85062-9139 |
| 15523425 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 10 2024 00:50:00 | Santander Consumer Finance, PO Box 660633, Dallas, TX 75266-0633 |
| 15550452 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 10 2024 00:50:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, Tx 76161-0244 |
| 15523450 | + | Email/Text: atlreorg@sec.gov | Feb 10 2024 00:50:00 | Securities and Exchange Commission, 950 East Paces Ferry Road NE, Atlanta, GA 30326-1180 |
| 15534304 | + | Email/Text: bankruptcy@bbandt.com | Feb 10 2024 00:50:00 | SunTrust Bank now Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 15995606 | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Feb 10 2024 00:50:00 | U.S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 15565235 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2024 00:52:53 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15523428 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 10 2024 00:53:16 | Wells Fargo, PO Box 77033, Minneapolis, MN 55480-7733 |
| 15551648 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 10 2024 01:06:08 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Nelson Mullins Riley & Scarborough LLP |
| cr | | Ally Bank |
| cr | | Ally Bank, by and through its servicer Ally Servic |
| cr | | Hanan Khalil |
| sp | | James P Campbell Flannery PC |
| cr | | SunTrust Bank now Truist Bank |
| cr | | SunTrust Bank, now Truist Bank |
| 15523410 | | Adel Kobeish, NEED |
| 15523422 | | NEED, NEED |
| intp | *+ | Anis Rhanime, 8221 Westwood Mews Court, Vienna, VA 22182-6016 |
| 15523449 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 9 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0422-9 | User: | Page 3 of 4 |
| Date Rcvd: Feb 09, 2024 | Form ID: VAN016 | Total Noticed: 42 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2024            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carl A. Eason | on behalf of Creditor Ally Bank by and through its servicer Ally Servicing LLC bankruptcy@wolriv.com |
| Charles Benjamin Peoples | on behalf of Creditor Hanan Khalil cpeoples@tthlaw.com |
| Charles Benjamin Peoples | on behalf of Trustee H. Jason Gold cpeoples@tthlaw.com |
| Charles Benjamin Peoples | on behalf of Plaintiff Hanan Khalil cpeoples@tthlaw.com |
| Charles Benjamin Peoples | on behalf of Plaintiff H. Jason Gold cpeoples@tthlaw.com |
| Christopher L. Rogan | on behalf of Defendant Mohamed A. El Rafaei crogan@rmzlawfirm.com |
| Christopher L. Rogan | on behalf of Attorney RoganMillerZimmerman PLLC crogan@rmzlawfirm.com |
| Daniel M. Press | on behalf of Defendant Adel S. Kebaish dpress@chung-press.com pressdm@gmail.com |
| Daniel M. Press | on behalf of Defendant Tysons7787 LLC dpress@chung-press.com pressdm@gmail.com |
| Daniel M. Press | on behalf of Defendant Tysons LLC dpress@chung-press.com pressdm@gmail.com |
| Dylan G. Trache | on behalf of Trustee H. Jason Gold Trustee dylan.trache@nelsonmullins.com, linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com |
| Dylan G. Trache | on behalf of Attorney Nelson Mullins Riley & Scarborough LLP dylan.trache@nelsonmullins.com linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com |
| Gerard R. Vetter | ustpregion04.ax.ecf@usdoj.gov |
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| Jack Frankel | on behalf of Plaintiff Gerard R. Vetter jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov |
| Jack Frankel | on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov |
| James P. Campbell | on behalf of Special Counsel James P Campbell Flannery PC jcampbell@campbellflannery.com spowell@campbellflannery.com |
| James P. Campbell | on behalf of Defendant Mohamed A. El Rafaei jcampbell@campbellflannery.com spowell@campbellflannery.com |

Case 20-12583-KHK   Doc 404   Filed 02/11/24   Entered 02/12/24 00:15:40   Desc
Imaged Certificate of Notice   Page 5 of 5

| District/off: 0422-9 | User: | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 09, 2024 | Form ID: VAN016 | Total Noticed: 42 |

| | | |
|---|---|---|
| Jonathan Baird Vivona | | on behalf of Unknown Vikrant Bhatia jvivona@vpbklaw.com  notices@vpbklaw.com |
| Justin Fasano | | on behalf of Defendant Anis Rhanime jfasano@mhlawyers.com jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com |
| Justin Fasano | | on behalf of Interested Party Anis Rhanime jfasano@mhlawyers.com jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com |
| Kevin M. O'Donnell | | on behalf of Defendant Said Shehata kmo@henrylaw.com  mbp@henrylaw.com;odonnell.kevinb@notify.bestcase.com |
| Lacey Ullman Conn | | on behalf of Creditor Charles B. Peoples lconn@tthlaw.com |
| Lacey Ullman Conn | | on behalf of Plaintiff Hanan Khalil lconn@tthlaw.com |
| Lacey Ullman Conn | | on behalf of Creditor Hanan Khalil lconn@tthlaw.com |
| Michael T. Freeman | | on behalf of U.S. Trustee Gerard R. Vetter michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov |
| Robert Sergio Brandt | | on behalf of Defendant Omnia Moustafa brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Robert Sergio Brandt | | on behalf of Defendant Mohamed A. El Rafaei brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Robert Sergio Brandt | | on behalf of Debtor Mohamed A. El Rafaei brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Robert Sergio Brandt | | on behalf of Defendant Retro Hub LLC brandt@brandtlawfirm.com  G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Robyn Danielle Pepin | | on behalf of Creditor SunTrust Bank  now Truist Bank rpepin@glasserlaw.com, pjmecf@glasserlaw.com |
| Sara A. John | | on behalf of Creditor SunTrust Bank now Truist Bank sara_john@eppspc.com |
| Sara A. John | | on behalf of Creditor Ally Bank sara_john@eppspc.com |
| Stephen A. Metz | | on behalf of Creditor Hanan Khalil smetz@offitkurman.com  mmargulies@offitkurman.com |
| Stephen A. Metz | | on behalf of Plaintiff Hanan Khalil smetz@offitkurman.com  mmargulies@offitkurman.com |
| Warren Robert Stein | | on behalf of Defendant Design 2 Build  LLC Wrsteinesq@aol.com, lcodysmith@verizon.net |

TOTAL: 36