IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| **MOHAMED A. EL RAFAEI** ) | |
| ) | Case No.    20-12583 KHK |
| Debtor. ) | Chapter 7 |
| _____ ) | |
| ) | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the Chapter 7 Trustee, H. Jason Gold, Esq., by and through undersigned counsel, has filed with the Court a Application for Allowance and Payment of Fees and Costs (the "Motion").  A copy of the Motion is enclosed with this Notice.

**Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney you may wish to consult one.)

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then by **September 15, 2025**, you or your lawyer must:

-    File a written objection and request for hearing with the Clerk of the Bankruptcy Court at the address listed below:

> Clerk of the Court
> United States Bankruptcy Court
> 200 S. Washington Street
> Alexandria, Virginia 22314

And mail a copy to:

> Charles B. Peoples, Esquire
> Thomas, Thomas & Hafer, LLP
> 1025 Connecticut Ave., NW, Ste. 608
> Washington, DC 20036

If you mail rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

-    Attend the hearing on **October 14, 2025, at 11 am**.

1

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Date:  August 8, 2025                        Respectfully submitted,

                                        */s/ Charles B. Peoples*
                                        **THOMAS, THOMAS & HAFER, LLP**
                                        Charles B. Peoples, Esquire, VB No. 89981
                                        Thomas, Thomas & Hafer LLP
                                        1025 Connecticut Avenue, NW, Suite 608
                                        Washington, DC 20036
                                        Phone: (202) 945-9501
                                        Cell: (443) 907-6046
                                        Fax: (202) 945-9509
                                        cpeoples@tthlaw.com
                                        *Counsel for Chapter 7 Trustee, H. Jason Gold, Esq.*

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY on this 8th day of August, 2025, that the foregoing Notice of Hearing was served electronically on all parties and/or their counsel of record via the Court's electronic filing system and was served on the following via first class mail postage prepaid:

Mohamed A. El Rafaei
9203 Old Courthouse Rd.
Vienna, VA 22182
*Debtor*

Jack Frankel
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
*Counsel for the U.S. Trustee*

          */s/ Charles B. Peoples*
          **THOMAS, THOMAS & HAFER, LLP**
          Charles B. Peoples, Esquire, VB No. 89981

8968736.1