**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 20-12583-KHK |
| | § | |
| MOHAMED A EL RAFAEI | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>11</u> of the United States Bankruptcy Code was filed on <u>11/23/2020</u>. The case was converted to one under Chapter 7 on 08/17/2022. The undersigned trustee was appointed on <u>08/02/2022</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $25,530.17

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $37.68 |
   | Bank service fees | $337.77 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $25,154.72 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was 01/04/2023 and the deadline for filing government claims was 01/04/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,303.02. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,303.02, for a total compensation of $3,303.02[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $54.64, for total expenses of $54.64.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/12/2025      By:   /s/ H. Jason Gold
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 20-12583-KHK | Trustee Name: | H. Jason Gold |
| Case Name: | EL RAFAEI, MOHAMED A | Date Filed (f) or Converted (c): | 08/17/2022 (c) |
| For the Period Ending: | 8/12/2025 | §341(a) Meeting Date: | 09/21/2022 |
| | | Claims Bar Date: | 01/04/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 11940 Escalante Court, Reston VA; sold in Ch11 | $514,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2020 Jeep Gladiator | $35,287.00 | $0.00 | | $0.00 | FA |
| 3 | 2016 BMW E328 | $12,322.00 | $0.00 | | $0.00 | FA |
| 4 | 2011 Lexus 350 | $12,349.00 | $0.00 | | $0.00 | FA |
| 5 | HHG | $7,500.00 | $0.00 | | $0.00 | FA |
| 6 | Electronics | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | Guns | $750.00 | $0.00 | | $0.00 | FA |
| 8 | W/A | $750.00 | $0.00 | | $0.00 | FA |
| 9 | Jewelry | $950.00 | $0.00 | | $0.00 | FA |
| 10 | dog | $50.00 | $0.00 | | $0.00 | FA |
| 11 | BOA 1717 checking | $0.00 | $0.00 | | $0.00 | FA |
| 12 | BOA 2451 checking | $438.00 | $0.00 | | $0.00 | FA |
| 13 | BOA 8432 savings | $456.22 | $0.00 | | $0.00 | FA |
| 14 | BOA 3069 businss savings | $281.13 | $0.00 | | $0.00 | FA |
| 15 | BOA 3049 business checking | $471.99 | $0.00 | | $0.00 | FA |
| 16 | WF 5159 business checking | $0.00 | $0.00 | | $0.00 | FA |
| 17 | WF 9307 business checking | $390.31 | $0.00 | | $0.00 | FA |
| 18 | 100% int Design2Build LLC | Unknown | $0.00 | | $0.00 | FA |
| 19 | 100% Socialize America LLC | Unknown | $0.00 | | $0.00 | FA |
| 20 | 50% Coffee Concepts LLC | Unknown | $0.00 | | $0.00 | FA |
| 21 | rent security deposit with A Hassani | $3,200.00 | $0.00 | | $0.00 | FA |
| 22 | breach of contract/claims v. H Khalil | Unknown | $0.00 | | $0.00 | FA |
| 23 | Cash on hand | $50.00 | $0.00 | | $0.00 | FA |
| 24 | Brokerage Account - Not Scheduled (u) | $0.00 | $1,530.17 | | $1,530.17 | FA |
| Asset Notes: | Not listed in schedules and not exempted. | | | | | |
| 25 | AP 2201088; trustee v. O Moustafa (u) | $13,101.35 | $10,000.00 | | $10,000.00 | FA |
| Asset Notes: | settled for $10,000 per order approving entd 1/25/24 ECF43 | | | | | |
| 26 | AP 2201089 trustee v. A Rhanime (u) | $583,635.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | AP ECF23 court granted MSJ in favor of deft. CLOSED WITHOUT RECOVERY | | | | | |
| 27 | AP 2201090 trustee v. S Shehata (u) | $341,300.00 | $5,000.00 | | $5,000.00 | FA |

FORM 1

Page No: 2  Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-12583-KHK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | EL RAFAEI, MOHAMED A | Date Filed (f) or Converted (c): | 08/17/2022 (c) |
| For the Period Ending: | 8/12/2025 | §341(a) Meeting Date: | 09/21/2022 |
| | | Claims Bar Date: | 01/04/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** settled for $5,000 per Order entd 2/16/24 AP ECF47 | | | | | |
| **Ref. #** | | | | | |
| 28  AP 2201094 trustee v. A Kebaish settled for $5k  **(u)** | $101,583.00 | $4,000.00 | | $4,000.00 | FA |
| **Asset Notes:** per counsel, cost to pursue bal due would incur addl admin costs - not cost effective for estate | | | | | |
| 29  AP 2301042 trustee v. Retro Hub LLC 0  **(u)** | Unknown | $5,000.00 | | $5,000.00 | FA |
| **Asset Notes:** settled for $5,000 per ORDER APPROVING SETTLEMENT 4/11/24 ECF415 | | | | | |
| 30  AP 2301043 trustee v. A Rhanime  **(u)** | $475,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** court granted summary judgment in favor of deft; order 2/21/24 ECF21 - no amt due to estate | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $2,104,865.00 | $25,530.17 | | $25,530.17 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 08/12/2025 | TFR drafted |
| 07/21/2025 | sent request for fee app to Ben P - then TFR in July/Aug |
| 07/02/2025 | docs sent to acct for review/tax return; requested BP fee app |
| 06/23/2025 | trustee not to pursue collection of bal due from Keibash - not cost effective to estate; prep for TFR in July - waiting on counsel FA and to check for tax return |
| 05/01/2025 | full review of receipts indicate $1k still due from Kebaish - advised BP and HJG |
| 04/07/2025 | counsel pursuing bal due from M and K |
| 02/10/2025 | all matters paid in full except Moustafa $1000 and Kebaish $3000 |
| 01/27/2025 | counsel to file m/default on settlement pts; hearing on 2/25/25 |
| 12/20/2024 | counsel following up with settlement pmts |
| 11/06/2024 | collecting pmts on AP comp and settle |
| 09/12/2024 | counsel following up on status of outstanding settlement payments |
| 08/05/2024 | AP v Kebaish settled for $5k; motion pending; all matters resolved, collecting on settlements |
| 07/15/2024 | collecting payments per orders of comp |
| 05/08/2024 | trustee collecting settlements from AP cases |

**FORM 1**      Page No: 3      Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 20-12583-KHK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | EL RAFAEI, MOHAMED A | Date Filed (f) or Converted (c): | 08/17/2022 (c) |
| For the Period Ending: | 8/12/2025 | §341(a) Meeting Date: | 09/21/2022 |
| | | Claims Bar Date: | 01/04/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/01/2024    AP 22-01088 v. O Moustafa: settled for $10,000 per m/comp 12/14/23 ECF389 and order approving entd 1/25/24 ECF43.  $3,000 received thus far; one check for $1,000 returned NSF

AP 22-01089 v. A Rhanime: Defense verdict. Case closed.

AP 22-01090 v. S Shehata: Settled for $5k. Payment made on 2/16/24.  paid in full

AP 23-01042 v. A Kebaish: trial set for 8/7/24.

AP 23-01042 v. Retro Hub: Settled for $5,000 per settlement agmt of 1/20/24; $1,000 per month. Hearing on motion to approve settlement on 4/9/24.

AP 23-01043 v. A Rhanime: Dismissed without recovery. Case closed.

02/29/2024    counsel in settlement negotiations with defts in APs
02/22/2024    summary judgment in favor of defendant Rhamine in AP 23-01043
02/02/2024    AP 22-01088 v. O Moustafa: settled for $10,000 per m/comp 12/14/23 ECF389 and order approving entd 1/25/24 ECF43

AP 22-01089  v. A Rhanime: pending

AP 22-01090 v. S Shehata: settled for $5,000 per m/comp filed 1/11/24 ECF395

AP 23-01042 v. A Kebaish: pending; pretrial 2/6/24

AP 23-01042 v. Retro Hub: settled for $5,000 per settlement agmt of 1/20/24; $1,000 per month

AP 23-01043 v. A Rhanime: pending
01/09/2024    counsel pursuing various avoidance actions - settlements pending
12/06/2023    counsel pursuing litigation in several adv proc

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 4       Exhibit A

| Case No.: | 20-12583-KHK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | EL RAFAEI, MOHAMED A | Date Filed (f) or Converted (c): | 08/17/2022 (c) |
| For the Period Ending: | 8/12/2025 | §341(a) Meeting Date: | 09/21/2022 |
| | | Claims Bar Date: | 01/04/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 09/21/2023 | Adversary case updates for TIRs: |
| | #25 AP 2201088 v. Moustafa |
| | Discovery is complete. Trial in this case (against debtor's wife) is 10/19/2023 at 09:30 AM at Judge Kindred's Courtroom, 200 S. Washington Street, 3rd Floor, Courtroom III, Alexandria, VA. |
| | |
| | #26 AP 2201089 v. A. Rhamine |
| | In the Rhamine (business partner & cousin) case, trial is scheduled for September 25, 2023, at 9:30 am. --did not go to trial - settled for $25k; awaiting $ |
| | |
| | #27 AP 2201090 v. Shehata |
| | In the Shehata (uncle) case, the defendant filed a motion for summary judgment and we filed a motion for leave to amend the complaint to add factual allegations underlying our 548 claim based on the newly discovered evidence that the debtor transferred money to the uncle in an attempt to hinder, delay and avoid creditors (Rhamine and District Cafes) who he unlawfully transferred money from. The court granted our motion for leave to amend. The court denied the defendant's motion for summary judgment as moot. The court sent a discovery deadline of December 22, 2023, a motions deadline of February 2, 2024, and trial for March 6-7, 2024 at 9:30 am. |
| | |
| | #28 AP 2201094 v. Kebaish |
| | This is the case against the commercial landlord. Discovery is ongoing. The pretrial conference is on February 6, 2024, at 9:30. We have obtained the defendant's written discovery responses. I have asked for a deposition of the defendant. The defendant just sent us written discovery to respond to today. No settlement offer has been made. |
| | |
| | #29 AP 2301042 v. Retro Hub, LLC |
| | Suit is filed. The initial conference is on Tuesday, September 19 at 9:30. The debtor and his wife responded pro se. I think that the court will require them to obtain counsel since the defendant is a business entity. |
| | |
| | #30 AP2301043 v. Rhamine |
| | This is the fraudulent proof of claim case. Suit has been filed. Defendant answered through counsel (Fasano). I have produced our initial disclosures. Initial conference is Tuesday, September 19. |
| 08/08/2023 | counsel is working to settle various AP cases |
| 07/20/2023 | m/contempt granted; amended complaint being prepared by counsel |
| 06/14/2023 | motion for contempt pending |
| 06/07/2023 | 5/31/23 trial date was postponed - waiting for new date |
| 05/19/2023 | counsel pursuing various pref actions - working on discovery/2004 exam |
| 03/02/2023 | discovery in process; depo of trustee antic in early April23 |
| 11/23/2022 | 3 avoidance actions filed by counsel |
| 11/01/2022 | motion to employ Nelson Mullins as counsel filed |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 5        Exhibit A

| Case No.: | 20-12583-KHK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | EL RAFAEI, MOHAMED A | Date Filed (f) or Converted (c): | 08/17/2022 (c) |
| For the Period Ending: | 8/12/2025 | §341(a) Meeting Date: | 09/21/2022 |
| | | Claims Bar Date: | 01/04/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

09/20/2022    recent Ch11 conversion - trustee evaluating assets and employed atty

Initial Projected Date Of Final Report (TFR): 06/30/2024    Current Projected Date Of Final Report (TFR): 08/12/2025

/s/ H. JASON GOLD
H. JASON GOLD

**FORM 2**

Page No: 1    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-12583-KHK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | EL RAFAEI, MOHAMED A | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5579 | Checking Acct #: | ******0048 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 11/23/2020 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 8/12/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/20/2023 | (24) | Fidelity Brokerage | non-exmept cash from brokerage account | 1229-000 | $1,530.17 | | $1,530.17 |
| 02/22/2024 | 1001 | SEIBERTKECK INSURANCE PARTNERS | 2024 bond allocation | 2300-000 | | $1.40 | $1,528.77 |
| 02/27/2024 | (25) | O. Moustafa | Moustafa; First Settlement Payment per order entd 1/25/24 ECF400 | 1241-000 | $3,000.00 | | $4,528.77 |
| 02/27/2024 | (25) | O. Moustafa | Moustafa; Payment per order entd 1/25/24 ECF400---check returned for NSF - deposited twice. | 1241-000 | $1,000.00 | | $5,528.77 |
| 02/27/2024 | (27) | SAID SHEHATA | Shehata; Settlement Payment per order entd 2/16/24 ECF409 | 1241-000 | $5,000.00 | | $10,528.77 |
| 04/01/2024 | (25) | O. Moustafa | Moustafa; Payment per order entd 1/25/24 ECF400---check returned for NSF - deposited twice. | 1241-000 | ($1,000.00) | | $9,528.77 |
| 04/01/2024 | | Pinnacle Bank | Returned Check Fee - Moustafa $1,000 check | 2600-000 | | $15.00 | $9,513.77 |
| 04/03/2024 | (25) | Omnia Moustfa | Moustafa; Payment per order entd 1/25/24 ECF400 Check was returned (bounced). | 1241-000 | $1,000.00 | | $10,513.77 |
| 04/08/2024 | | Pinnacle Bank | Chargeback Fee reversal | 2600-000 | | ($15.00) | $10,528.77 |
| 04/08/2024 | 1002 | Pinnacle Bank | Chargeback Fee Reversal | 2600-000 | | $15.00 | $10,513.77 |
| 04/08/2024 | 1002 | VOID: Pinnacle Bank | This check was written in error. It should have been a bank debit entry. | 2600-003 | | ($15.00) | $10,528.77 |
| 04/16/2024 | (25) | Omnia Moustfa | Moustafa; Payment per order entd 1/25/24 ECF400 Check was returned (bounced). | 1241-000 | ($1,000.00) | | $9,528.77 |
| 04/20/2024 | (25) | Wells Fargo | Moustafa; Bank Check - Payment from O Moustafa account to replace returned check; per order entd 1/25/24 ECF400 | 1241-000 | $1,000.00 | | $10,528.77 |
| 05/17/2024 | (25) | Wells Fargo | Moustafa - Payment per order entd 1/25/24 ECF400 | 1241-000 | $1,000.00 | | $11,528.77 |
| 06/25/2024 | (25) | Wells Fargo Bank-O Moustafa | Moustafa; Payment per order entd 1/25/24 ECF400 | 1241-000 | $1,000.00 | | $12,528.77 |
| 06/25/2024 | (25) | Well Fargo Bank-O. Moustafa | Moustafa; Payment per order entd 1/25/24 ECF400 | 1241-000 | $1,000.00 | | $13,528.77 |
| 06/25/2024 | (29) | Wells Fargo Bank-Retro Hub | Retro Hub; Payment per order entd 4/11/24 ECF415 | 1241-000 | $1,000.00 | | $14,528.77 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $20.89 | $14,507.88 |
| 08/24/2024 | (28) | Adel S. Kebaish, MD | Kebaish; Payment on settlement; order of compr entd 9/25/24 ECF429 | 1241-000 | $1,000.00 | | $15,507.88 |
| | | | **SUBTOTALS** | | $15,530.17 | $22.29 | |

**FORM 2**

Page No: 2    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 20-12583-KHK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | EL RAFAEI, MOHAMED A | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5579 | Checking Acct #: | ******0048 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 11/23/2020 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 8/12/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.21 | $15,486.67 |
| 09/06/2024 | (29) | Wells Fargo Bank/Retro Hub | Retro Hub; Payment per order entd 4/11/24 ECF415 | 1241-000 | $1,000.00 | | $16,486.67 |
| 09/23/2024 | (29) | Wells Fargo Bank/Retro Hub | Retro Hub; Payment per order entd 4/11/24 ECF415 | 1241-000 | $1,000.00 | | $17,486.67 |
| 09/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $20.83 | $17,465.84 |
| 10/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.83 | $17,444.01 |
| 11/08/2024 | (25) | Wells Fargo Bank/O MOUSTAFA | Moustafa; Payment per order entd 1/25/24 ECF400 | 1241-000 | $1,000.00 | | $18,444.01 |
| 11/08/2024 | (29) | Wells Fargo Bank/RETRO HUB | Retro Hub; Payment per order entd 4/11/24 ECF415 | 1241-000 | $1,000.00 | | $19,444.01 |
| 11/29/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $23.74 | $19,420.27 |
| 12/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $24.27 | $19,396.00 |
| 01/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $24.24 | $19,371.76 |
| 02/09/2025 | | Bank of America | Moustafa $2,000 Payment per order entd 1/25/24 ECF400; RetroHub $1,000 Payment per order entd 4/11/24 ECF415 | * | $3,000.00 | | $22,371.76 |
| | {29} | | Retro Hub    $1,000.00 | 1241-000 | | | $22,371.76 |
| | {25} | | Moustafa    $2,000.00 | 1241-000 | | | $22,371.76 |
| 02/09/2025 | (28) | National Orthopedic Clinic | Keibash; Payment on settlement; order of compr entd 9/25/24 ECF429 | 1241-000 | $1,000.00 | | $23,371.76 |
| 02/26/2025 | 1003 | Insurance Partners Agency, Inc. | 2025 bond | 2300-000 | | $36.28 | $23,335.48 |
| 02/28/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $27.96 | $23,307.52 |
| 03/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $29.15 | $23,278.37 |
| 04/30/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $29.09 | $23,249.28 |
| 05/01/2025 | (28) | Adel Kebaish | Keibash; order of compr entd 9/25/24 ECF429 | 1241-000 | $2,000.00 | | $25,249.28 |
| 05/30/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $31.56 | $25,217.72 |
| 06/30/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $31.52 | $25,186.20 |
| 07/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $31.48 | $25,154.72 |

| | | | | SUBTOTALS | $10,000.00 | $353.16 | |

**FORM 2**

Page No: 3        Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 20-12583-KHK | |
| **Case Name:** | EL RAFAEI, MOHAMED A | |
| **Primary Taxpayer ID #:** | **-***5579 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/23/2020 | |
| **For Period Ending:** | 8/12/2025 | |

| | |
|---|---|
| **Trustee Name:** | H. Jason Gold |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0048 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $3,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $25,530.17 | $375.45 | $25,154.72 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $25,530.17 | $375.45 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $25,530.17 | $375.45 | |

**For the period of 11/23/2020 to 8/12/2025**

| | |
|---|---|
| Total Compensable Receipts: | $25,530.17 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,530.17 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $375.45 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $375.45 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/20/2023 to 8/12/2025**

| | |
|---|---|
| Total Compensable Receipts: | $25,530.17 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,530.17 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $375.45 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $375.45 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 4       Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 20-12583-KHK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | EL RAFAEI, MOHAMED A | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5579 | Checking Acct #: | ******0048 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 11/23/2020 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 8/12/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $25,530.17 | $375.45 | $25,154.72 |

| For the period of 11/23/2020 to 8/12/2025 | | For the entire history of the case between 08/17/2022 to 8/12/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $25,530.17 | Total Compensable Receipts: | $25,530.17 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,530.17 | Total Comp/Non Comp Receipts: | $25,530.17 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $375.45 | Total Compensable Disbursements: | $375.45 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $375.45 | Total Comp/Non Comp Disbursements: | $375.45 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ H. JASON GOLD

H. JASON GOLD

| Case Number: 20-12583-KHK | | | Page: 1 | | Date: 8/12/2025 |
| Debtor Name: | | | | | Time: 8:09:36AM |

| Claim #: | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | H. JASON GOLD<br>P.O. Box 57359<br>Washington DC 20037 | Trustee Compensation | | $3,303.02 | $0.00 | $3,303.02 |
| | H. JASON GOLD<br>P.O. Box 57359<br>Washington DC 20037 | Trustee Expenses | | $54.64 | $0.00 | $54.64 |
| | THOMAS THOMAS & HAFER LLP<br>ATTN: CHARLES B PEOPLES<br>1025 CONNECTICUT AVE NW<br>SUITE 608<br>WASHINGTON DC 2005 | Attorney for Trustee Expenses (Other Firm) | | $10,224.22 | $0.00 | $10,224.22 |
| | THOMAS THOMAS & HAFER LLP<br>ATTN: CHARLES B PEOPLES<br>1025 CONNECTICUT AVE NW<br>SUITE 608<br>WASHINGTON DC 2005 | Attorney for Trustee Fees (Other Firm) | | $9,701.46 | $0.00 | $9,701.46 |
| 15 | U.S. TRUSTEE<br>1725 Duke Street, Suite 650<br>Alexandria VA 22314 | U.S. Trustee Quarterly Fees | | $1,777.52 | $0.00 | $1,777.52 |
| 16 | ROGANMILLERZIMMERMAN, PLLC<br>Christopher L. Rogan, Esq.<br>50 Catoctin Cir, NW, Suite 300<br>Leesburg VA 20176 | Attorney for D-I-P Fees (Chapter 11) | | $69,090.81 | $0.00 | $69,090.81 |
| 17 | CAMPBELL FLANNERY PC<br>1602 Village Market Blvd, Suite 225<br>Leesburg VA 20175 | Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11) | | $81,576.68 | $0.00 | $81,576.68 |
| 4 | SUNTRUST BANK NOW TRUIST BANK ATTN: SUPPORT SERVICES<br>PO Box 85092<br>Richmond VA 23286 | Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | secured by property not admin by trustee | $0.00 | $0.00 | $0.00 |
| 7 | SANTANDER CONSUMER USA INC.<br>P.O. Box 961245<br>Fort Worth  76161 | Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | secured by asset not admin by trustee | $0.00 | $0.00 | $0.00 |
| 9-1 | ALLY BANK<br>PO Box 130424<br>Roseville MN 55113-0004 | Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | amended by 9-2 | $0.00 | $0.00 | $0.00 |
| 2-1a | INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Claims of Governmental Units | amended by claim 2-2a | $0.00 | $0.00 | $0.00 |

ANALYSIS OF CLAIMS REGISTER    Claims Bar Date: January 4, 2023

| Case Number: | 20-12583-KHK | | Page: 2 | | Date: | 8/12/2025 |
| Debtor Name: | | | | | Time: | 8:09:36AM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2-2a | INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Claims of Governmental Units | amended by claim 2-3a | $0.00 | $0.00 | $0.00 |
| 2-3a | INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Claims of Governmental Units | | $24,617.08 | $0.00 | $24,617.08 |
| 11 | COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION<br>PO BOX 2156<br>Richmond VA 23218 | Claims of Governmental Units | | $4,511.15 | $0.00 | $4,511.15 |
| 1 | DISCOVER BANK DISCOVER PRODUCTS INC<br>PO Box 3025<br>New Albany OH 43054-3025 | General Unsecured § 726(a)(2) | | $5,458.89 | $0.00 | $5,458.89 |
| 2-1b | INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | General Unsecured § 726(a)(2) | amended by claim 2-2b | $0.00 | $0.00 | $0.00 |
| 2-2b | INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | General Unsecured § 726(a)(2) | amended by claim 2-3b | $0.00 | $0.00 | $0.00 |
| 2-2b | INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | General Unsecured § 726(a)(2) | | $6,636.39 | $0.00 | $6,636.39 |
| 3-1 | HANAN KHALIL<br>1025 Connecticut Ave., Ste. 608<br>Washington DC 20036 | General Unsecured § 726(a)(2) | amended by 3-2 | $0.00 | $0.00 | $0.00 |
| 3-2 | HANAN KHALIL<br>1025 Connecticut Ave., Ste. 608<br>Washington DC 20036 | General Unsecured § 726(a)(2) | | $295,901.32 | $0.00 | $295,901.32 |
| 5 | BANK OF AMERICA, N.A.<br>P O Box 982284<br>El Paso TX 79998-2238 | General Unsecured § 726(a)(2) | | $731.19 | $0.00 | $731.19 |
| 6 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | General Unsecured § 726(a)(2) | | $11,731.77 | $0.00 | $11,731.77 |
| 8 | WELLS FARGO BANK, N.A.<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix AZ 85038-8650 | General Unsecured § 726(a)(2) | | $10,356.19 | $0.00 | $10,356.19 |
| 9-2 | ALLY BANK<br>PO Box 130424<br>Roseville MN 55113-0004 | General Unsecured § 726(a)(2) | | $6,341.44 | $0.00 | $6,341.44 |

ANALYSIS OF CLAIMS REGISTER

| Case Number: | 20-12583-KHK | | Page: 3 | | Date: | 8/12/2025 |
|---|---|---|---|---|---|---|
| Debtor Name: | | | | | Time: | 8:09:36AM |

Claims Bar Date: January 4, 2023

| Claim #: | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 10 | VERIZON<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | General Unsecured § 726(a)(2) | | $360.98 | $0.00 | $360.98 |
| 12 | NEHAL EL RAFAIE<br>1415 Greenmont Court<br>Reston VA 20190-0000 | General Unsecured § 726(a)(2) | | $127,000.00 | $0.00 | $127,000.00 |
| 13 | ANIS RHANIME<br>8221 Westwood Mews Court<br>Vienna VA 22182-0000 | General Unsecured § 726(a)(2) | | $708,994.48 | $0.00 | $708,994.48 |
| 14 | BANK OF AMERICA, N.A.<br>PO Box 673033<br>Dallas TX 75267-3033 | General Unsecured § 726(a)(2) | | $731.19 | $0.00 | $731.19 |
| << Totals >> | | | | $1,379,100.42 | $0.00 | $1,379,100.42 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      20-12583-KHK
Case Name:     MOHAMED A EL RAFAEI
Trustee Name:  H. Jason Gold

Balance on hand: $25,154.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | SunTrust Bank now Truist Bank Attn: Support Services | $35,913.29 | $0.00 | $0.00 | $0.00 |
| 7 | Santander Consumer USA Inc. | $8,084.62 | $0.00 | $0.00 | $0.00 |
| 9-1 | Ally Bank | $12,483.02 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $25,154.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| H. Jason Gold, Trustee Fees | $3,303.02 | $0.00 | $3,303.02 |
| H. Jason Gold, Trustee Expenses | $54.64 | $0.00 | $54.64 |
| THOMAS THOMAS & HAFER LLP, Attorney for Trustee Fees | $9,701.46 | $0.00 | $9,701.46 |
| THOMAS THOMAS & HAFER LLP, Attorney for Trustee Expenses | $10,224.22 | $0.00 | $10,224.22 |
| U.S. Trustee, U.S. Trustee Quarterly Fees | $1,777.52 | $0.00 | $1,777.52 |

Total to be paid for chapter 7 administrative expenses: $25,060.86
Remaining balance: $93.86

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total | Interim | Proposed |
|---|---|---|---|

UST Form 101-7-TFR (5/1/2011)

|  | Requested | Payments to Date | Payment |
|---|---|---|---|
| Campbell Flannery PC, Attorney for Trustee/D-I-P Fees | $81,576.68 | $0.00 | $50.82 |
| Other: RoganMillerZimmerman, PLLC, Attorney for D-I-P Fees | $69,090.81 | $0.00 | $43.04 |

Total to be paid to prior chapter administrative expenses: $93.86
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $29,128.23 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2-1a | Internal Revenue Service | $0.00 | $0.00 | $0.00 |
| 2-2a | Internal Revenue Service | $0.00 | $0.00 | $0.00 |
| 2-3a | Internal Revenue Service | $24,617.08 | $0.00 | $0.00 |
| 11 | Commonwealth of Virginia Department of Taxation | $4,511.15 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,174,243.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | $5,458.89 | $0.00 | $0.00 |
| 2-1b | Internal Revenue Service | $0.00 | $0.00 | $0.00 |
| 2-2b | Internal Revenue Service | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 2-2b | Internal Revenue Service | $6,636.39 | $0.00 | $0.00 |
| 3-1 | Hanan Khalil | $0.00 | $0.00 | $0.00 |
| 3-2 | Hanan Khalil | $295,901.32 | $0.00 | $0.00 |
| 5 | Bank of America, N.A. | $731.19 | $0.00 | $0.00 |
| 6 | American Express National Bank c/o Becket and Lee LLP | $11,731.77 | $0.00 | $0.00 |
| 8 | Wells Fargo Bank, N.A. | $10,356.19 | $0.00 | $0.00 |
| 9-2 | Ally Bank | $6,341.44 | $0.00 | $0.00 |
| 10 | Verizon | $360.98 | $0.00 | $0.00 |
| 12 | Nehal El Rafaie | $127,000.00 | $0.00 | $0.00 |
| 13 | Anis Rhanime | $708,994.48 | $0.00 | $0.00 |
| 14 | Bank of America, N.A. | $731.19 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:  $0.00
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:  $0.00
Remaining balance:  $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:  $0.00
Remaining balance:  $0.00

UST Form 101-7-TFR (5/1/2011)