Printed: Aug 12 2025  8:06AM

# Trustee's Compensation

**Debtor:** MOHAMED A EL RAFAEI  **Case**: 20-12583-KHK

**Computation of Compensation**

| | |
|---|---:|
| Total disbursements to other than the debtor are: | $25,530.17 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | |
| 25% of first $5,000.00 | $1,250.00 |
| 10% of next $20,530.17 | $2,053.02 |
| 5% of next $0.00 | $0.00 |
| 3% of next $0.00 | $0.00 |
| **Calculated Total Compensation:** | **$3,303.02** |
| Plus Adjustment: | $0.00 |
| **Total Compensation:** | **$3,303.02** |
| Less Previously Paid: | $0.00 |
| **Total Compensation Requested:** | **$3,303.02** |

**Trustee Expenses**

| | |
|---|---:|
| Trustee Expenses | $54.64 |
| **Subtotal Expenses:** | **$54.64** |
| Plus Adjustment: | $0.00 |
| **Total Expenses:** | **$54.64** |
| Less Previously Paid: | $0.00 |
| **Total Expenses Requested:** | **$54.64** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $3,303.02 as compensation and $54.64 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation or to be received.

Dated:   08/12/2025      Signed:  /s/H. Jason Gold
                                  H. Jason Gold
                                  Chapter 7 Bankruptcy Trustee
                                  P.O. Box 57359
                                  Washington, DC 20037

## EXPENSE REPORT

| | | |
|---|---|---|
| **Case No.:** 20-12583-KHK | | **Trustee Name** |
| **Case Name:** EL RAFAEI, MOHAMED A | | H. Jason Gold |
| **Start Date:** 11/23/2020 | | |
| **End Date:** 8/12/2025 | | |

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| **Claimant : H. Jason Gold** | | | | | |
| **Matter Code :** | | | | | |
| **Project Category :** | | | | | |
| **POSTAGE** | | | | | |
| 08/12/2025 | $0.780 | 4.00 | $3.12 | $3.12 | Billable |
| Description: postage for mailing disb cks | | | | | |
| 08/12/2025 | $51.520 | 1.00 | $51.52 | $51.52 | Billable |
| Description: Estimated copies & postage for mailing NFR | | | | | |
| | | **POSTAGE Total:** | **$54.64** | **$54.64** | |
| | | **Project Category  Total:** | **$54.64** | **$54.64** | |
| | | **Matter Code  Total:** | **$54.64** | **$54.64** | |
| | | **EXPENSE SUMMARY:** | | **$54.64** | |