# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE:<br><br>MOHAMED A EL RAFAEI | CASE NO: 20-12583-KHK<br><br>**DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br>Judge: KLINETTE H. KINDRED<br>Hearing Location: 200 South Washington St, Alexandria VA  22314<br>Hearing Date: 09/23/2025<br>Hearing Time: 11AM<br>Response Date: 9/17/2025 |

On 8/27/2025, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/27/2025

/s/ H. JASON GOLD
H. JASON GOLD
Trustee
H. JASON GOLD
PO BOX 57359
WASHINGTON, DC  20037
703 864 2272
lgrahl@fsscommerce.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE:<br><br>MOHAMED A EL RAFAEI | CASE NO: 20-12583-KHK<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>Judge: KLINETTE H. KINDRED<br>Hearing Location: 200 South Washington St, Alexandria VA 22314<br>Hearing Date: 09/23/2025<br>Hearing Time: 11AM<br>Response Date: 9/17/2025 |

On 8/27/2025, a copy of the following documents, described below,

Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/27/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
H. JASON GOLD
H. JASON GOLD
PO BOX 57359
WASHINGTON, DC  20037

USPS FIRST CLASS MAILING RECIPIENTS: certificate of service
Parties with names struck through or labeled (CM/ECF SERVICE) were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ADEL S. KEBAISH<br>2333 HUNTER MILL ROAD<br>VIENNA, VA 22181-3005 | ALI HASSANI<br>8504 CHERRY HITS COURT<br>SPRINGFIELD, VA 22153-2252 | ALLY BANK<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 |
| ALLY BANK<br>AIS PORTFOLIO SERVICES, LP<br>4515 N SANTA FE AVE. DEPT. APS<br>OKLAHOMA CITY, OK 73118-7901 | ALLY BANK, BY AND THROUGH ITS SERVICER<br>ALLY SERVICING LLC<br>C/O CARL A. EASON, ESQUIRE<br>200 BENDIX ROAD, SUITE 300<br>VIRGINIA BEACH, VA 23452-1396 | ALLY FINAN COMPANY<br>PO BOX 380901<br>MINNEAPOLIS, MN 55438-0901 |
| AMERICAN EXPRESS BLUE<br>20500 BELSHAW AVE.<br>CARSON, CA 90746-3506 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | ANIS RHANIME<br>8221 WESTWOOD MEWS COURT<br>VIENNA, VA 22182-6016 |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BANK OF AMERICA, N.A.<br>PO BOX 673033<br>DALLAS, TX 75267-3033 | BANK OF AMERICA, N.A.<br>P O BOX 982284<br>EL PASO, TX 79998-2284 |
| BEST BUY<br>PO BOX 790441<br>SAINT LOUIS, MO 63179-0441 | CAMPBELL FLANNERY PC<br>1602 VILLAGE MARKET BLVD, SUITE 225<br>LEESBURG VA 20175-4716 | CHARLES B. PEOPLES<br>1025 CONNECTICUTT AVE. NW SUITE 608<br>WASHINGTON, DC 20036-5411 |
| COMMONWEALTH OF VA<br>PO BOX 27407<br>RICHMOND, VA 23261-7407 | COMMONWEALTH OF VIRGINIA<br>DEPARTMENT OF TAXATION<br>PO BOX 2156<br>RICHMOND, VA 23218-2156 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 |
| HANAN KHALIL<br>1025 CONNECTICUT AVE., STE. 608<br>WASHINGTON, DC 20036-5411 | HANAN KHALIL<br>3102 SUFFOLK DRIVE<br>HOUSTON, TX 77027-5717 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| MOHAMED A. EL RAFAEI<br>9203 OLD COURTHOUSE RD.<br>VIENNA, VA 22182-2013 | NEHAL EL RAFAIE<br>1415 GREENMONT COURT<br>RESTON, VA 20190-4042 | NORDSTROM<br>PO BOX 79139<br>PHOENIX, AZ 85062-9139 |
| OMNIA MOUSTAFA<br>9203 OLD COURTHOUSE ROAD<br>VIENNA, VA 22182-2013 | ROBERT SERGIO BRANDT<br>THE LAW OFFICE OF ROBERT S. BRANDT<br>600 CAMERON STREET<br>ALEXANDRIA, VA 22314-2506 | ROGANMILLERZIMMERMAN, PLLC<br>CHRISTOPHER L. ROGAN, ESQ.<br>50 CATOCTIN CIR, NW, SUITE 300<br>LEESBURG, VA 20176 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SANTANDER CONSUMER FINANCE<br>PO BOX 660633<br>DALLAS, TX 75266-0633 | SANTANDER CONSUMER USA INC.<br>P.O. BOX 961245<br>FORT WORTH, TX 76161-0244 | SECURITIES AND EXCHANGE COMMISSION<br>950 EAST PACES FERRY ROAD NE<br>ATLANTA, GA 30326-1180 |
| SUNTRUST BANK<br>PO BOX 79232<br>BALTIMORE, MD 21279-0232 | SUNTRUST BANK NOW TRUIST BANK<br>ATTN: SUPPORT SERVICES<br>PO BOX 85092<br>RICHMOND, VA 23285-5092 | SUNTRUST BANK, NOW TRUIST BANK<br>GLASSER AND GLASSER, P.L.C.<br>CROWN CENTER, SUITE 600<br>580 E. MAIN STREET<br>NORFOLK, VA 23510-2322 |
| TAMER EL BIALY<br>1929 JEFFERSONIAN DRIVE<br>VIENNA, VA 22182 | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118-7901 | WELLS FARGO<br>PO BOX 77033<br>MINNEAPOLIS, MN 55480-7733 |
| WELLS FARGO BANK, N.A.<br>SMALL BUSINESS LENDING DIVISION<br>P.O. BOX 29482 MAC S4101-08C<br>PHOENIX, AZ 85038-9482 | WILBUR FUENTES<br>9011 CENTERVILLE ROAD, LOT 83<br>MANASSAS, VA 20110-8442 | |