# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **MOHAMED EL RAFAEI,** | * | **Case No: 20-12583-KHK** <br> **Chapter 7** |
| | * | |
| **Debtor.** | * | |

# ORDER

HAVING CONSIDERED, Charles B. Peoples of Thomas, Thomas & Hafer, LLP's, *Application for Allowance and Payment of Fees and Costs of Thomas, Thomas & Hafer, LLP as Trustee's Counsel* ("Application"), and seeing and hearing no opposition thereto, IT IS HEREBY ORDERED that the Application is APPROVED, and that the Chapter 7 Trustee, H. Jason Gold, is authorized to pay Thomas, Thomas & Hafer, LLP total fees and expenses of $19,925.68, consisting of $9,701.46 in fees and $10,224.22 in expenses.

Oct 15 2025
Date

/s/ Klinette H Kindred
The Honorable Judge Klinette H. Kindred

Entered On Docket: Oct 16 2025

**I ASK FOR THIS:**

*/s/ Charles B. Peoples*
Charles B. Peoples, Esquire
Virginia Bar No. 89981
Thomas, Thomas & Hafer LLP
1025 Connecticut Avenue NW, Suite 608
Washington, DC 20005
202-945-9501 (p)

Charles B. Peoples, Esquire
Thomas, Thomas & Hafer, LLP
1025 Connecticut Ave., NW, Ste. 608
Washington, DC 20036
202-945-9501 (p)
202-945-9509 (f)
cpeoples@tthlaw.com
*Counsel for H. Jason Gold*

202-945-9509 (f)
cpeoples@tthlaw.com
*Attorney for H. Jason Gold*

**LOCAL RULE 9022-1(B) SERVICE LIST**

The following parties are to receive notice of entry of this Order:

Mohamed A. El Rafaei
9203 Old Courthouse Rd.
Vienna, VA 22182
*Debtor*

Jack Frankel
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
*Counsel for the U.S. Trustee*

Dylan Trache
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
*Counsel Chapter 7 Trustee, H. Jason Gold*

/s/ *Charles B. Peoples*
Charles B. Peoples, Esquire, VB No. 89981
Thomas, Thomas & Hafer, LLP
1025 Connecticut Avenue, NW, Suite 608
Washington, DC 20036
Phone: 202-945-9501
Cell: 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
Fax: 202-945-9509
cpeoples@tthlaw.com
*Counsel for H. Jason Gold*

**Local Rule 9022-1(C) Certification**

I obtained the endorsement of the foregoing Order from all necessary parties pursuant to Local Rule 9022-1(C).

/s/ *Charles B. Peoples*
Charles B. Peoples, Esquire, VB No. 89981
Thomas, Thomas & Hafer, LLP
1025 Connecticut Avenue, NW, Suite 608
Washington, DC 20036
Phone: 202-945-9501
Cell: 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
Fax: 202-945-9509
cpeoples@tthlaw.com
*Counsel for H. Jason Gold*

4