# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | | |
|---|---|---|
| In re: | * | |
| **MOHAMED EL RAFAEI,** | * | Case No: 20-12583-KHK<br>Chapter 7 |
| | * | |
| Debtor. | * | |

_____

## ORDER

HAVING CONSIDERED, Charles B. Peoples of Thomas, Thomas & Hafer, LLP's, *Application for Allowance and Payment of Fees and Costs of Thomas, Thomas & Hafer, LLP as Trustee's Counsel* ("Application"), and seeing and hearing no opposition thereto, IT IS HEREBY ORDERED that the Application is APPROVED, and that the Chapter 7 Trustee, H. Jason Gold, is authorized to pay Thomas, Thomas & Hafer, LLP total fees and expenses of $19,925.68, consisting of $9,701.46 in fees and $10,224.22 in expenses.

Oct 15 2025
_____
Date

/s/ Klinette H Kindred
_____
The Honorable Judge Klinette H. Kindred

Entered On Docket: Oct 16 2025

**I ASK FOR THIS:**

*/s/ Charles B. Peoples*_____
Charles B. Peoples, Esquire
Virginia Bar No. 89981
Thomas, Thomas & Hafer LLP
1025 Connecticut Avenue NW, Suite 608
Washington, DC 20005
202-945-9501 (p)

Charles B. Peoples, Esquire
Thomas, Thomas & Hafer, LLP
1025 Connecticut Ave., NW, Ste. 608
Washington, DC 20036
202-945-9501 (p)
202-945-9509 (f)
cpeoples@tthlaw.com
*Counsel for H. Jason Gold*

202-945-9509 (f)
cpeoples@tthlaw.com
*Attorney for H. Jason Gold*

**LOCAL RULE 9022-1(B) SERVICE LIST**

The following parties are to receive notice of entry of this Order:

Mohamed A. El Rafaei
9203 Old Courthouse Rd.
Vienna, VA 22182
*Debtor*

Jack Frankel
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
*Counsel for the U.S. Trustee*

Dylan Trache
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
*Counsel Chapter 7 Trustee, H. Jason Gold*

/s/ *Charles B. Peoples*_____
Charles B. Peoples, Esquire, VB No. 89981
Thomas, Thomas & Hafer, LLP
1025 Connecticut Avenue, NW, Suite 608
Washington, DC 20036
Phone: 202-945-9501
Cell: 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
Fax: 202-945-9509
cpeoples@tthlaw.com
*Counsel for H. Jason Gold*

**Local Rule 9022-1(C) Certification**

I obtained the endorsement of the foregoing Order from all necessary parties pursuant to Local Rule 9022-1(C).

                                          /s/ *Charles B. Peoples*
Charles B. Peoples, Esquire, VB No. 89981
Thomas, Thomas & Hafer, LLP
1025 Connecticut Avenue, NW, Suite 608
Washington, DC 20036
Phone: 202-945-9501
Cell: 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
Fax: 202-945-9509
cpeoples@tthlaw.com
*Counsel for H. Jason Gold*

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 20-12583-KHK |
| Mohamed A. El Rafaei | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: KimberlyD | Page 1 of 3 |
| Date Rcvd: Oct 16, 2025 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mohamed A. El Rafaei, 9203 Old Courthouse Rd., Vienna, VA 22182-2013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 18, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carl A. Eason | on behalf of Creditor Ally Bank by and through its servicer Ally Servicing LLC bankruptcy@wolriv.com |
| Charles Benjamin Peoples | on behalf of Trustee H. Jason Gold cpeoples@tthlaw.com |
| Charles Benjamin Peoples | on behalf of Plaintiff Hanan Khalil cpeoples@tthlaw.com |
| Charles Benjamin Peoples | on behalf of Plaintiff H. Jason Gold cpeoples@tthlaw.com |
| Charles Benjamin Peoples | on behalf of Creditor Hanan Khalil cpeoples@tthlaw.com |
| Christopher L. Rogan | on behalf of Defendant Mohamed A. El Rafaei crogan@rmzlawfirm.com |

Case 20-12583-KHK   Doc 444   Filed 10/18/25   Entered 10/19/25 00:13:17   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0422-9 | User: KimberlyD | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: pdford9 | Total Noticed: 1 |

Christopher L. Rogan
    on behalf of Attorney RoganMillerZimmerman PLLC crogan@rmzlawfirm.com

Daniel M. Press
    on behalf of Creditor Adel S. Kebaish dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Daniel M. Press
    on behalf of Defendant Adel S. Kebaish dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Daniel M. Press
    on behalf of Defendant Tysons7787 LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Daniel M. Press
    on behalf of Defendant Tysons LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Dylan G. Trache
    on behalf of Trustee H. Jason Gold Trustee dylan.trache@nelsonmullins.com,
    linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Dylan G. Trache
    on behalf of Attorney Nelson Mullins Riley & Scarborough LLP dylan.trache@nelsonmullins.com
    linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

H. Jason Gold
    goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Jack Frankel
    on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Jack Frankel
    on behalf of Plaintiff Gerard R. Vetter jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

James P Campbell
    on behalf of Defendant Mohamed A. El Rafaei jcampbell@campbellflannery.com
    spowell@campbellflannery.com;jcampbell@campbellflannery.com

James P Campbell
    on behalf of Special Counsel James P Campbell Flannery PC jcampbell@campbellflannery.com
    spowell@campbellflannery.com;jcampbell@campbellflannery.com

Jonathan Baird Vivona
    on behalf of Unknown Vikrant Bhatia jvivona@vpbklaw.com notices@vpbklaw.com

Justin Fasano
    on behalf of Defendant Anis Rhanime jfasano@mhlawyers.com
    jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;cmartin@mhlawyers.com

Justin Fasano
    on behalf of Interested Party Anis Rhanime jfasano@mhlawyers.com
    jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;cmartin@mhlawyers.com

Kevin M. O'Donnell
    on behalf of Defendant Said Shehata kmo@henrylaw.com mbp@henrylaw.com;odonnell.kevinb@notify.bestcase.com

Lacey Ullman Conn
    on behalf of Creditor Charles B. Peoples lconn@tthlaw.com

Lacey Ullman Conn
    on behalf of Plaintiff Hanan Khalil lconn@tthlaw.com

Lacey Ullman Conn
    on behalf of Creditor Hanan Khalil lconn@tthlaw.com

Matthew W. Cheney
    ustpregion04.ax.ecf@usdoj.gov

Michael T. Freeman
    on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

Robert Sergio Brandt
    on behalf of Debtor Mohamed A. El Rafaei brandt@brandtlawfirm.com
    G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Robert Sergio Brandt
    on behalf of Defendant Retro Hub LLC brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Robert Sergio Brandt
    on behalf of Defendant Omnia Moustafa brandt@brandtlawfirm.com
    G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Robert Sergio Brandt
    on behalf of Defendant Mohamed A. El Rafaei brandt@brandtlawfirm.com

| | | |
|---|---|---|
| District/off: 0422-9 | User: KimberlyD | Page 3 of 3 |
| Date Rcvd: Oct 16, 2025 | Form ID: pdford9 | Total Noticed: 1 |

G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Robyn Danielle Pepin
    on behalf of Creditor SunTrust Bank  now Truist Bank rpepin@glasserlaw.com, pjmecf@glasserlaw.com

Sara A. John
    on behalf of Creditor SunTrust Bank now Truist Bank sara_john@eppspc.com

Sara A. John
    on behalf of Creditor Ally Bank sara_john@eppspc.com

Sara A. John
    on behalf of Creditor Santander Consumer USA Inc. sara_john@eppspc.com

Stephen A. Metz
    on behalf of Creditor Hanan Khalil smetz@offitkurman.com mmargulies@offitkurman.com

Stephen A. Metz
    on behalf of Plaintiff Hanan Khalil smetz@offitkurman.com mmargulies@offitkurman.com

United States Trustee
    USTPRegion04.NO.ECF@usdoj.gov ustpregion04.ax.ecf@usdoj.gov;USTPRegion04.RH.ECF@usdoj.gov

Warren Robert Stein
    on behalf of Defendant Design 2 Build  LLC Wrsteinesq@aol.com, lcodysmith@verizon.net

TOTAL: 39