**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case |
| EL RAFAEI, MOHAMED A ) | No. 20-12583-KHK |
| ) | Chapter 7 |
| Debtor. ) | |

### ORDER APPROVING TRUSTEE'S FINAL REPORT, APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

UPON CONSIDERATION of the final report ("Final Report") filed by the Chapter 7 Trustee ("Trustee") for the above-captioned debtor, and the Final Report having been duly noticed, and the Court having duly examined and considered all applications for compensation and reimbursement of expenses; it is hereby

ORDERED that the Final Report is APPROVED; and it is further

ORDERED that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. 330(a) and/or 503(b)(2) and (4), as follows:

| **APPLICANTS** | **COMMISSIONS/FEES** | **EXPENSES** |
|---|---|---|
| H. Jason Gold, Trustee | $3,302.02 | $54.64 |
| Thomas Thomas & Hafer LLP | $9,701.46 | $10,224.22 |

And it is further

ORDERED that consistent with the Final Report, the Trustee shall pay the following amounts:

United States Trustee (Quarterly Fees) - $1,777.52.
Campbell Flannery PC (Counsel to Debtor in Possession) - $50.82
RoganMillerZimmerman PLLC (Counsel to Debtor in Possession) – 43.04

/s/ Klinette H Kindred
United States Bankruptcy Judge

Dated: Oct 19 2025

Entered On Docket: Oct 20 2025

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP.
101 Constitution Avenue, NW, Suite 900
Washington DC  20001
202.689.2800

By:     /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

**SEEN AND NO OBJECTION:**

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
(703) 557-7176


By:     /s/ Michael T. Freeman (by DGT with authority)
      Michael T. Freeman


**<u>CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT</u>**

I HEREBY CERTIFY that all necessary parties have endorsed the above-referenced order.

      /s/ Dylan G. Trache
      Dylan G. Trache

4924-1942-2323 v.2