**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case |
| EL RAFAEI, MOHAMED A ) | No. 20-12583-KHK |
| ) | Chapter 7 |
| Debtor. ) | |

**ORDER APPROVING TRUSTEE'S FINAL REPORT, APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

UPON CONSIDERATION of the final report ("Final Report") filed by the Chapter 7 Trustee ("Trustee") for the above-captioned debtor, and the Final Report having been duly noticed, and the Court having duly examined and considered all applications for compensation and reimbursement of expenses; it is hereby

ORDERED that the Final Report is APPROVED; and it is further

ORDERED that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. 330(a) and/or 503(b)(2) and (4), as follows:

| **APPLICANTS** | **COMMISSIONS/FEES** | **EXPENSES** |
|---|---|---|
| H. Jason Gold, Trustee | $3,302.02 | $54.64 |
| Thomas Thomas & Hafer LLP | $9,701.46 | $10,224.22 |

And it is further

ORDERED that consistent with the Final Report, the Trustee shall pay the following amounts:

United States Trustee (Quarterly Fees) - $1,777.52.
Campbell Flannery PC (Counsel to Debtor in Possession) - $50.82
RoganMillerZimmerman PLLC (Counsel to Debtor in Possession) – 43.04

Dated: Oct 19 2025

/s/ Klinette H Kindred
United States Bankruptcy Judge

Entered On Docket: Oct 20 2025

1

4924-1942-2323 v.2

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP.
101 Constitution Avenue, NW, Suite 900
Washington DC  20001
202.689.2800

By:    /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

**SEEN AND NO OBJECTION:**

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
(703) 557-7176


By:    /s/ Michael T. Freeman (by DGT with authority)
     Michael T. Freeman

**CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT**

I HEREBY CERTIFY that all necessary parties have endorsed the above-referenced order.

      /s/ Dylan G. Trache
      Dylan G. Trache

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 20-12583-KHK |
| Mohamed A. El Rafaei | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: NataliaNe | Page 1 of 3 |
| Date Rcvd: Oct 20, 2025 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 21 2025 01:01:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2025            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carl A. Eason | on behalf of Creditor Ally Bank  by and through its servicer Ally Servicing LLC bankruptcy@wolriv.com |
| Charles Benjamin Peoples | on behalf of Trustee H. Jason Gold cpeoples@tthlaw.com |
| Charles Benjamin Peoples | on behalf of Plaintiff Hanan Khalil cpeoples@tthlaw.com |
| Charles Benjamin Peoples | on behalf of Plaintiff H. Jason Gold cpeoples@tthlaw.com |
| Charles Benjamin Peoples | |

| Name | Details |
|---|---|
| | on behalf of Creditor Hanan Khalil cpeoples@tthlaw.com |
| Christopher L. Rogan | on behalf of Defendant Mohamed A. El Rafaei crogan@rmzlawfirm.com |
| Christopher L. Rogan | on behalf of Attorney RoganMillerZimmerman PLLC crogan@rmzlawfirm.com |
| Daniel M. Press | on behalf of Creditor Adel S. Kebaish dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Defendant Adel S. Kebaish dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Defendant Tysons7787 LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Defendant Tysons LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Dylan G. Trache | on behalf of Trustee H. Jason Gold Trustee dylan.trache@nelsonmullins.com, linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com |
| Dylan G. Trache | on behalf of Attorney Nelson Mullins Riley & Scarborough LLP dylan.trache@nelsonmullins.com linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com |
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| Jack Frankel | on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov |
| Jack Frankel | on behalf of Plaintiff Gerard R. Vetter jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov |
| James P Campbell | on behalf of Defendant Mohamed A. El Rafaei jcampbell@campbellflannery.com spowell@campbellflannery.com;jcampbell@campbellflannery.com |
| James P Campbell | on behalf of Special Counsel James P Campbell Flannery PC jcampbell@campbellflannery.com spowell@campbellflannery.com;jcampbell@campbellflannery.com |
| Jonathan Baird Vivona | on behalf of Unknown Vikrant Bhatia jvivona@vpbklaw.com notices@vpbklaw.com |
| Justin Fasano | on behalf of Defendant Anis Rhanime jfasano@mhlawyers.com jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;cmartin@mhlawyers.com |
| Justin Fasano | on behalf of Interested Party Anis Rhanime jfasano@mhlawyers.com jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;cmartin@mhlawyers.com |
| Kevin M. O'Donnell | on behalf of Defendant Said Shehata kmo@henrylaw.com mbp@henrylaw.com;odonnell.kevinb@notify.bestcase.com |
| Lacey Ullman Conn | on behalf of Creditor Charles B. Peoples lconn@tthlaw.com |
| Lacey Ullman Conn | on behalf of Plaintiff Hanan Khalil lconn@tthlaw.com |
| Lacey Ullman Conn | on behalf of Creditor Hanan Khalil lconn@tthlaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Michael T. Freeman | on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| Robert Sergio Brandt | on behalf of Debtor Mohamed A. El Rafaei brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Robert Sergio Brandt | on behalf of Defendant Retro Hub LLC brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Robert Sergio Brandt | |

Case 20-12583-KHK    Doc 446    Filed 10/22/25    Entered 10/23/25 00:15:24    Desc
Imaged Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0422-9 | User: NataliaNe | Page 3 of 3 |
| Date Rcvd: Oct 20, 2025 | Form ID: pdford9 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Omnia Moustafa brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Robert Sergio Brandt | |
| | on behalf of Defendant Mohamed A. El Rafaei brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Robyn Danielle Pepin | |
| | on behalf of Creditor SunTrust Bank  now Truist Bank rpepin@glasserlaw.com, pjmecf@glasserlaw.com |
| Sara A. John | |
| | on behalf of Creditor SunTrust Bank now Truist Bank sara_john@eppspc.com |
| Sara A. John | |
| | on behalf of Creditor Ally Bank sara_john@eppspc.com |
| Sara A. John | |
| | on behalf of Creditor Santander Consumer USA Inc. sara_john@eppspc.com |
| Stephen A. Metz | |
| | on behalf of Creditor Hanan Khalil smetz@offitkurman.com mmargulies@offitkurman.com |
| Stephen A. Metz | |
| | on behalf of Plaintiff Hanan Khalil smetz@offitkurman.com mmargulies@offitkurman.com |
| United States Trustee | |
| | USTPRegion04.NO.ECF@usdoj.gov ustpregion04.ax.ecf@usdoj.gov;USTPRegion04.RH.ECF@usdoj.gov |
| Warren Robert Stein | |
| | on behalf of Defendant Design 2 Build  LLC Wrsteinesq@aol.com, lcodysmith@verizon.net |

TOTAL: 39