**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 20-12583-KHK |
| | § | |
| MOHAMED A EL RAFAEI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  H. Jason Gold, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $1,605,456.00 | Assets Exempt: | $43,444.42 |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $25,530.17 | | |

  3) Total gross receipts of $25,530.17 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,530.17 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $56,729.00 | $56,480.93 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $25,436.31 | $25,436.31 | $25,436.31 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $150,667.49 | $150,667.49 | $93.86 |
| Priority Unsecured Claims (From **Exhibit 6**) | $17,000.00 | $64,947.78 | $29,128.23 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,048,898.84 | $3,198,529.54 | $1,174,243.84 | $0.00 |
| **Total Disbursements** | $1,122,627.84 | $3,496,062.05 | $1,379,475.87 | $25,530.17 |

4).  This case was originally filed under chapter 11 on 11/23/2020. The case was converted to one under Chapter 7 on 08/17/2022. The case was pending for 39 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>11/10/2025</u>        By:  <u>/s/ H. Jason Gold</u>
                                         Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Brokerage Account - Not Scheduled | 1229-000 | $1,530.17 |
| AP 2201088; trustee v. O Moustafa | 1241-000 | $10,000.00 |
| AP 2201090 trustee v. S Shehata | 1241-000 | $5,000.00 |
| AP 2201094 trustee v. A Kebaish settled for $5k | 1241-000 | $4,000.00 |
| AP 2301042 trustee v. Retro Hub LLC 0 | 1241-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,530.17** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | SunTrust Bank now Truist Bank Attn: Support Services | 4210-000 | $35,760.00 | $35,913.29 | $0.00 | $0.00 |
| 7 | Santander Consumer USA Inc. | 4210-000 | $8,617.00 | $8,084.62 | $0.00 | $0.00 |
| 9-1 | Ally Bank | 4210-000 | $12,352.00 | $12,483.02 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$56,729.00** | **$56,480.93** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| H. Jason Gold, Trustee FEE | 2100-000 | NA | $3,303.02 | $3,303.02 | $3,303.02 |
| H. Jason Gold, Trustee EXP | 2200-000 | NA | $54.64 | $54.64 | $54.64 |
| Insurance Partners Agency, Inc. | 2300-000 | NA | $36.28 | $36.28 | $36.28 |
| SEIBERTKECK INSURANCE PARTNERS | 2300-000 | NA | $1.40 | $1.40 | $1.40 |
| Pinnacle Bank | 2600-000 | NA | $337.77 | $337.77 | $337.77 |
| U.S. Trustee | 2950-000 | NA | $1,777.52 | $1,777.52 | $1,777.52 |
| THOMAS THOMAS | 3210-000 | NA | $9,701.46 | $9,701.46 | $9,701.46 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| & HAFER LLP, Attorney for Trustee FEE | | | | | |
| THOMAS THOMAS & HAFER LLP, Attorney for Trustee EXP | 3220-000 | NA | $10,224.22 | $10,224.22 | $10,224.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $25,436.31 | $25,436.31 | $25,436.31 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Campbell Flannery PC, Attorney for Trustee/D-I-P | 6210-000 | NA | $81,576.68 | $81,576.68 | $50.82 |
| RoganMillerZimmerman, PLLC, Attorney for D-I-P | 6210-160 | NA | $69,090.81 | $69,090.81 | $43.04 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $150,667.49 | $150,667.49 | $93.86 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-1a | Internal Revenue Service | 5800-000 | $0.00 | $24,617.08 | $0.00 | $0.00 |
| 2-2a | Internal Revenue Service | 5800-000 | $0.00 | $11,202.47 | $0.00 | $0.00 |
| 2-3a | Internal Revenue Service | 5800-000 | $17,000.00 | $24,617.08 | $24,617.08 | $0.00 |
| 11 | Commonwealth of Virginia Department of Taxation | 5800-000 | $0.00 | $4,511.15 | $4,511.15 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $17,000.00 | $64,947.78 | $29,128.23 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | $6,000.00 | $5,458.89 | $5,458.89 | $0.00 |
| 2-1b | Internal Revenue Service | 7100-000 | $0.00 | $6,636.39 | $0.00 | $0.00 |
| 2-2b | Internal Revenue | 7100-000 | $0.00 | $2,896.89 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Service |  |  |  |  |  |
| 2-2b | Internal Revenue Service | 7100-000 | $0.00 | $6,636.39 | $6,636.39 | $0.00 |
| 3-2 | Hanan Khalil | 7100-000 | $0.00 | $295,901.32 | $295,901.32 | $0.00 |
| 3-1 | Hanan Khalil | 7100-000 | $0.00 | $2,014,752.42 | $0.00 | $0.00 |
| 5 | Bank of America, N.A. | 7100-000 | $9,980.00 | $731.19 | $731.19 | $0.00 |
| 6 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | $11,862.65 | $11,731.77 | $11,731.77 | $0.00 |
| 8 | Wells Fargo Bank, N.A. | 7100-000 | $10,356.19 | $10,356.19 | $10,356.19 | $0.00 |
| 9-2 | Ally Bank | 7100-000 | $0.00 | $6,341.44 | $6,341.44 | $0.00 |
| 10 | Verizon | 7100-000 | $0.00 | $360.98 | $360.98 | $0.00 |
| 12 | Nehal El Rafaie | 7100-000 | $127,000.00 | $127,000.00 | $127,000.00 | $0.00 |
| 13 | Anis Rhanime | 7100-000 | $0.00 | $708,994.48 | $708,994.48 | $0.00 |
| 14 | Bank of America, N.A. | 7100-000 | $0.00 | $731.19 | $731.19 | $0.00 |
|  | Adel Kobeish | 7100-000 | $150,000.00 | $0.00 | $0.00 | $0.00 |
|  | Anis Rhanime | 7100-000 | $580,000.00 | $0.00 | $0.00 | $0.00 |
|  | Best Buy | 7100-000 | $850.00 | $0.00 | $0.00 | $0.00 |
|  | Nordstrom | 7100-000 | $850.00 | $0.00 | $0.00 | $0.00 |
|  | Tamer El Bialy | 7100-000 | $97,000.00 | $0.00 | $0.00 | $0.00 |
|  | Wilbur Fuentes | 7100-000 | $55,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $1,048,898.84 | $3,198,529.54 | $1,174,243.84 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1      Exhibit 8

| Case No.: | 20-12583-KHK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | EL RAFAEI, MOHAMED A | Date Filed (f) or Converted (c): | 08/17/2022 (c) |
| For the Period Ending: | 11/10/2025 | §341(a) Meeting Date: | 09/21/2022 |
| | | Claims Bar Date: | 01/04/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 11940 Escalante Court, Reston VA; sold in Ch11 | $514,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2020 Jeep Gladiator | $35,287.00 | $0.00 | | $0.00 | FA |
| 3 | 2016 BMW E328 | $12,322.00 | $0.00 | | $0.00 | FA |
| 4 | 2011 Lexus 350 | $12,349.00 | $0.00 | | $0.00 | FA |
| 5 | HHG | $7,500.00 | $0.00 | | $0.00 | FA |
| 6 | Electronics | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | Guns | $750.00 | $0.00 | | $0.00 | FA |
| 8 | W/A | $750.00 | $0.00 | | $0.00 | FA |
| 9 | Jewelry | $950.00 | $0.00 | | $0.00 | FA |
| 10 | dog | $50.00 | $0.00 | | $0.00 | FA |
| 11 | BOA 1717 checking | $0.00 | $0.00 | | $0.00 | FA |
| 12 | BOA 2451 checking | $438.00 | $0.00 | | $0.00 | FA |
| 13 | BOA 8432 savings | $456.22 | $0.00 | | $0.00 | FA |
| 14 | BOA 3069 businss savings | $281.13 | $0.00 | | $0.00 | FA |
| 15 | BOA 3049 business checking | $471.99 | $0.00 | | $0.00 | FA |
| 16 | WF 5159 business checking | $0.00 | $0.00 | | $0.00 | FA |
| 17 | WF 9307 business checking | $390.31 | $0.00 | | $0.00 | FA |
| 18 | 100% int Design2Build LLC | Unknown | $0.00 | | $0.00 | FA |
| 19 | 100% Socialize America LLC | Unknown | $0.00 | | $0.00 | FA |
| 20 | 50% Coffee Concepts LLC | Unknown | $0.00 | | $0.00 | FA |
| 21 | rent security deposit with A Hassani | $3,200.00 | $0.00 | | $0.00 | FA |
| 22 | breach of contract/claims v. H Khalil | Unknown | $0.00 | | $0.00 | FA |
| 23 | Cash on hand | $50.00 | $0.00 | | $0.00 | FA |
| 24 | Brokerage Account - Not Scheduled (u) | $0.00 | $1,530.17 | | $1,530.17 | FA |
| | Asset Notes:   Not listed in schedules and not exempted. | | | | | |
| 25 | AP 2201088; trustee v. O Moustafa (u) | $13,101.35 | $10,000.00 | | $10,000.00 | FA |
| | Asset Notes:   settled for $10,000 per order approving entd 1/25/24 ECF43 | | | | | |
| 26 | AP 2201089 trustee v. A Rhanime (u) | $583,635.00 | $0.00 | | $0.00 | FA |
| | Asset Notes:   AP ECF23 court granted MSJ in favor of deft. CLOSED WITHOUT RECOVERY | | | | | |
| 27 | AP 2201090 trustee v. S Shehata (u) | $341,300.00 | $5,000.00 | | $5,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 20-12583-KHK | Trustee Name: | H. Jason Gold |
| Case Name: | EL RAFAEI, MOHAMED A | Date Filed (f) or Converted (c): | 08/17/2022 (c) |
| For the Period Ending: | 11/10/2025 | §341(a) Meeting Date: | 09/21/2022 |
| | | Claims Bar Date: | 01/04/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| | Asset Notes: | settled for $5,000 per Order entd 2/16/24 AP ECF47 | | | | |
| 28 | AP 2201094 trustee v. A Kebaish settled for $5k (u) | $101,583.00 | $4,000.00 | | $4,000.00 | FA |
| | Asset Notes: | per counsel, cost to pursue bal due would incur addl admin costs - not cost effective for estate | | | | |
| 29 | AP 2301042 trustee v. Retro Hub LLC 0 (u) | Unknown | $5,000.00 | | $5,000.00 | FA |
| | Asset Notes: | settled for $5,000 per ORDER APPROVING SETTLEMENT 4/11/24 ECF415 | | | | |
| 30 | AP 2301043 trustee v. A Rhanime (u) | $475,000.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: | court granted summary judgment in favor of deft; order 2/21/24 ECF21 - no amt due to estate | | | | |

**TOTALS (Excluding unknown value)**       **Gross Value of Remaining Assets**
                                  $2,104,865.00       $25,530.17       $25,530.17       $0.00

**Major Activities affecting case closing:**

| 10/21/2025 | final disb done; TDR in Nov |
| 10/20/2025 | TFR order entd |
| 09/17/2025 | TFR order sent to DT for filing; he submitted 10/16 |
| 08/27/2025 | TFR filed w/ct; NFR done - obj deadline 9/17/25; hearing 9/23/25 at 11am |
| 08/12/2025 | TFR submitted to UST |
| 07/21/2025 | sent request for fee app to Ben P - then TFR in July/Aug |
| 07/02/2025 | docs sent to acct for review/tax return; requested BP fee app |
| 06/23/2025 | trustee not to pursue collection of bal due from Keibash - not cost effective to estate; prep for TFR in July - waiting on counsel FA and to check for tax return |
| 05/01/2025 | full review of receipts indicate $1k still due from Kebaish - advised BP and HJG |
| 04/07/2025 | counsel pursuing bal due from M and K |
| 02/10/2025 | all matters paid in full except Moustafa $1000 and Kebaish $3000 |
| 01/27/2025 | counsel to file m/default on settlement pts; hearing on 2/25/25 |
| 12/20/2024 | counsel following up with settlement pmts |
| 11/06/2024 | collecting pmts on AP comp and settle |
| 09/12/2024 | counsel following up on status of outstanding settlement payments |
| 08/05/2024 | AP v Kebaish settled for $5k; motion pending; all matters resolved, collecting on settlements |
| 07/15/2024 | collecting payments per orders of comp |
| 05/08/2024 | trustee collecting settlements from AP cases |

Case 20-12583-KHK   Doc 447   Filed 11/25/25   Entered 11/25/25 14:14:19   Desc Main
Document   Page 8 of 14

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3   Exhibit 8

| Case No.: | 20-12583-KHK | Trustee Name: | H. Jason Gold |
| --- | --- | --- | --- |
| Case Name: | EL RAFAEI, MOHAMED A | Date Filed (f) or Converted (c): | 08/17/2022 (c) |
| For the Period Ending: | 11/10/2025 | §341(a) Meeting Date: | 09/21/2022 |
| | | Claims Bar Date: | 01/04/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
| --- | --- |
| 04/01/2024 | AP 22-01088 v. O Moustafa: settled for $10,000 per m/comp 12/14/23 ECF389 and order approving entd 1/25/24 ECF43. $3,000 received thus far; one check for $1,000 returned NSF |
| | AP 22-01089 v. A Rhanime: Defense verdict. Case closed. |
| | AP 22-01090 v. S Shehata: Settled for $5k. Payment made on 2/16/24. paid in full |
| | AP 23-01042 v. A Kebaish: trial set for 8/7/24. |
| | AP 23-01042 v. Retro Hub: Settled for $5,000 per settlement agmt of 1/20/24; $1,000 per month. Hearing on motion to approve settlement on 4/9/24. |
| | AP 23-01043 v. A Rhanime: Dismissed without recovery. Case closed. |
| 02/29/2024 | counsel in settlement negotiations with defts in APs |
| 02/22/2024 | summary judgment in favor of defendant Rhamine in AP 23-01043 |
| 02/02/2024 | AP 22-01088 v. O Moustafa: settled for $10,000 per m/comp 12/14/23 ECF389 and order approving entd 1/25/24 ECF43 |
| | AP 22-01089  v. A Rhanime: pending |
| | AP 22-01090 v. S Shehata: settled for $5,000 per m/comp filed 1/11/24 ECF395 |
| | AP 23-01042 v. A Kebaish: pending; pretrial 2/6/24 |
| | AP 23-01042 v. Retro Hub: settled for $5,000 per settlement agmt of 1/20/24; $1,000 per month |
| | AP 23-01043 v. A Rhanime: pending |
| 01/09/2024 | counsel pursuing various avoidance actions - settlements pending |
| 12/06/2023 | counsel pursuing litigation in several adv proc |

**FORM H**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4    Exhibit 8

| Case No.: | 20-12583-KHK | | Trustee Name: | H. Jason Gold |
| --- | --- | --- | --- | --- |
| Case Name: | EL RAFAEI, MOHAMED A | | Date Filed (f) or Converted (c): | 08/17/2022 (c) |
| For the Period Ending: | 11/10/2025 | | §341(a) Meeting Date: | 09/21/2022 |
| | | | Claims Bar Date: | 01/04/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
| --- | --- |
| 09/21/2023 | Adversary case updates for TIRs:<br><br>#25 AP 2201088 v. Moustafa<br>Discovery is complete. Trial in this case (against debtor's wife) is 10/19/2023 at 09:30 AM at Judge Kindred's Courtroom, 200 S. Washington Street, 3rd Floor, Courtroom III, Alexandria, VA.<br><br>#26 AP 2201089 v. A. Rhamine<br>In the Rhamine (business partner & cousin) case, trial is scheduled for September 25, 2023, at 9:30 am. --did not go to trial - settled for $25k; awaiting $<br><br>#27 AP 2201090 v. Shehata<br>In the Shehata (uncle) case, the defendant filed a motion for summary judgment and we filed a motion for leave to amend the complaint to add factual allegations underlying our 548 claim based on the newly discovered evidence that the debtor transferred money to the uncle in an attempt to hinder, delay and avoid creditors (Rhamine and District Cafes) who he unlawfully transferred money from. The court granted our motion for leave to amend. The court denied the defendant's motion for summary judgment as moot. The court sent a discovery deadline of December 22, 2023, a motions deadline of February 2, 2024, and trial for March 6-7, 2024 at 9:30 am.<br><br>#28 AP 2201094 v. Kebaish<br>This is the case against the commercial landlord. Discovery is ongoing. The pretrial conference is on February 6, 2024, at 9:30. We have obtained the defendant's written discovery responses. I have asked for a deposition of the defendant. The defendant just sent us written discovery to respond to today. No settlement offer has been made.<br><br>#29 AP 2301042 v. Retro Hub, LLC<br>Suit is filed. The initial conference is on Tuesday, September 19 at 9:30. The debtor and his wife responded pro se. I think that the court will require them to obtain counsel since the defendant is a business entity.<br><br>#30 AP2301043 v. Rhamine<br>This is the fraudulent proof of claim case. Suit has been filed. Defendant answered through counsel (Fasano). I have produced our initial disclosures. Initial conference is Tuesday, September 19. |
| 08/08/2023 | counsel is working to settle various AP cases |
| 07/20/2023 | m/contempt granted; amended complaint being prepared by counsel |
| 06/14/2023 | motion for contempt pending |
| 06/07/2023 | 5/31/23 trial date was postponed - waiting for new date |
| 05/19/2023 | counsel pursuing various pref actions - working on discovery/2004 exam |
| 03/02/2023 | discovery in process; depo of trustee antic in early April23 |
| 11/23/2022 | 3 avoidance actions filed by counsel |
| 11/01/2022 | motion to employ Nelson Mullins as counsel filed |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 5    Exhibit 8

| Case No.: | 20-12583-KHK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | EL RAFAEI, MOHAMED A | Date Filed (f) or Converted (c): | 08/17/2022 (c) |
| For the Period Ending: | 11/10/2025 | §341(a) Meeting Date: | 09/21/2022 |
| | | Claims Bar Date: | 01/04/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

09/20/2022    recent Ch11 conversion - trustee evaluating assets and employed atty

Initial Projected Date Of Final Report (TFR): 06/30/2024    Current Projected Date Of Final Report (TFR): 08/12/2025

/s/ H. JASON GOLD

H. JASON GOLD

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-12583-KHK | | | Trustee Name: | H. Jason Gold |
| Case Name: | EL RAFAEI, MOHAMED A | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5579 | | | Checking Acct #: | ******0048 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 11/23/2020 | | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 11/10/2025 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/20/2023 | (24) | Fidelity Brokerage | non-exmept cash from brokerage account | 1229-000 | $1,530.17 | | $1,530.17 |
| 02/22/2024 | 1001 | SEIBERTKECK INSURANCE PARTNERS | 2024 bond allocation | 2300-000 | | $1.40 | $1,528.77 |
| 02/27/2024 | (25) | O. Moustafa | Moustafa; First Settlement Payment per order entd 1/25/24 ECF400 | 1241-000 | $3,000.00 | | $4,528.77 |
| 02/27/2024 | (25) | O. Moustafa | Moustafa; Payment per order entd 1/25/24 ECF400---check returned for NSF - deposited twice. | 1241-000 | $1,000.00 | | $5,528.77 |
| 02/27/2024 | (27) | SAID SHEHATA | Shehata; Settlement Payment per order entd 2/16/24 ECF409 | 1241-000 | $5,000.00 | | $10,528.77 |
| 04/01/2024 | (25) | O. Moustafa | Moustafa; Payment per order entd 1/25/24 ECF400---check returned for NSF - deposited twice. | 1241-000 | ($1,000.00) | | $9,528.77 |
| 04/01/2024 | | Pinnacle Bank | Returned Check Fee - Moustafa $1,000 check | 2600-000 | | $15.00 | $9,513.77 |
| 04/03/2024 | (25) | Omnia Moustfa | Moustafa; Payment per order entd 1/25/24 ECF400 Check was returned (bounced). | 1241-000 | $1,000.00 | | $10,513.77 |
| 04/08/2024 | | Pinnacle Bank | Chargeback Fee reversal | 2600-000 | | ($15.00) | $10,528.77 |
| 04/08/2024 | 1002 | Pinnacle Bank | Chargeback Fee Reversal | 2600-000 | | $15.00 | $10,513.77 |
| 04/08/2024 | 1002 | VOID: Pinnacle Bank | This check was written in error. It should have been a bank debit entry. | 2600-003 | | ($15.00) | $10,528.77 |
| 04/16/2024 | (25) | Omnia Moustfa | Moustafa; Payment per order entd 1/25/24 ECF400 Check was returned (bounced). | 1241-000 | ($1,000.00) | | $9,528.77 |
| 04/20/2024 | (25) | Wells Fargo | Moustafa; Bank Check - Payment from O Moustafa account to replace returned check; per order entd 1/25/24 ECF400 | 1241-000 | $1,000.00 | | $10,528.77 |
| 05/17/2024 | (25) | Wells Fargo | Moustafa - Payment per order entd 1/25/24 ECF400 | 1241-000 | $1,000.00 | | $11,528.77 |
| 06/25/2024 | (25) | Wells Fargo Bank-O Moustafa | Moustafa; Payment per order entd 1/25/24 ECF400 | 1241-000 | $1,000.00 | | $12,528.77 |
| 06/25/2024 | (25) | Well Fargo Bank-O. Moustafa | Moustafa; Payment per order entd 1/25/24 ECF400 | 1241-000 | $1,000.00 | | $13,528.77 |
| 06/25/2024 | (29) | Wells Fargo Bank-Retro Hub | Retro Hub; Payment per order entd 4/11/24 ECF415 | 1241-000 | $1,000.00 | | $14,528.77 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $20.89 | $14,507.88 |
| 08/24/2024 | (28) | Adel S. Kebaish, MD | Kebaish; Payment on settlement; order of compr entd 9/25/24 ECF429 | 1241-000 | $1,000.00 | | $15,507.88 |

**SUBTOTALS** $15,530.17  $22.29

**FORM 2**

Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 20-12583-KHK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | EL RAFAEI, MOHAMED A | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5579 | Checking Acct #: | ******0048 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 11/23/2020 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 11/10/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.21 | $15,486.67 |
| 09/06/2024 | (29) | Wells Fargo Bank/Retro Hub | Retro Hub; Payment per order entd 4/11/24 ECF415 | 1241-000 | $1,000.00 | | $16,486.67 |
| 09/23/2024 | (29) | Wells Fargo Bank/Retro Hub | Retro Hub; Payment per order entd 4/11/24 ECF415 | 1241-000 | $1,000.00 | | $17,486.67 |
| 09/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $20.83 | $17,465.84 |
| 10/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.83 | $17,444.01 |
| 11/08/2024 | (25) | Wells Fargo Bank/O MOUSTAFA | Moustafa; Payment per order entd 1/25/24 ECF400 | 1241-000 | $1,000.00 | | $18,444.01 |
| 11/08/2024 | (29) | Wells Fargo Bank/RETRO HUB | Retro Hub; Payment per order entd 4/11/24 ECF415 | 1241-000 | $1,000.00 | | $19,444.01 |
| 11/29/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $23.74 | $19,420.27 |
| 12/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $24.27 | $19,396.00 |
| 01/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $24.24 | $19,371.76 |
| 02/09/2025 | | Bank of America | Moustafa $2,000 Payment per order entd 1/25/24 ECF400; RetroHub $1,000 Payment per order entd 4/11/24 ECF415 | * | $3,000.00 | | $22,371.76 |
| | {29} | | Retro Hub    $1,000.00 | 1241-000 | | | $22,371.76 |
| | {25} | | Moustafa    $2,000.00 | 1241-000 | | | $22,371.76 |
| 02/09/2025 | (28) | National Orthopedic Clinic | Keibash; Payment on settlement; order of compr entd 9/25/24 ECF429 | 1241-000 | $1,000.00 | | $23,371.76 |
| 02/26/2025 | 1003 | Insurance Partners Agency, Inc. | 2025 bond | 2300-000 | | $36.28 | $23,335.48 |
| 02/28/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $27.96 | $23,307.52 |
| 03/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $29.15 | $23,278.37 |
| 04/30/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $29.09 | $23,249.28 |
| 05/01/2025 | (28) | Adel Kebaish | Keibash; order of compr entd 9/25/24 ECF429 | 1241-000 | $2,000.00 | | $25,249.28 |
| 05/30/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $31.56 | $25,217.72 |
| 06/30/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $31.52 | $25,186.20 |
| 07/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $31.48 | $25,154.72 |
| 10/21/2025 | 1004 | H. Jason Gold | Trustee Compensation | 2100-000 | | $3,303.02 | $21,851.70 |
| 10/21/2025 | 1005 | H. Jason Gold | Trustee Expenses | 2200-000 | | $54.64 | $21,797.06 |
| | | | **SUBTOTALS** | | **$10,000.00** | **$3,710.82** | |

**FORM 2** Page No: 3  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-12583-KHK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | EL RAFAEI, MOHAMED A | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5579 | Checking Acct #: | ******0048 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking |
| For Period Beginning: | 11/23/2020 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 11/10/2025 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/21/2025 | 1006 | THOMAS THOMAS & HAFER LLP | Account Number: ; Claim #: ; | 3220-000 |  | $10,224.22 | $11,572.84 |
| 10/21/2025 | 1007 | THOMAS THOMAS & HAFER LLP | Account Number: ; Claim #: ; | 3210-000 |  | $9,701.46 | $1,871.38 |
| 10/21/2025 | 1008 | U.S. Trustee | Account Number: 2583; Claim #: 15; | 2950-000 |  | $1,777.52 | $93.86 |
| 10/21/2025 | 1009 | RoganMillerZimmerman, PLLC | Account Number: ; Claim #: 16; | 6210-160 |  | $43.04 | $50.82 |
| 10/21/2025 | 1010 | Campbell Flannery PC | Account Number: ; Claim #: 17; | 6210-000 |  | $50.82 | $0.00 |
| 10/23/2025 | 1008 | VOID: U.S. Trustee | Void. Payment to be made through Pay.gov | 2950-003 |  | ($1,777.52) | $1,777.52 |
| 10/28/2025 |  | U.S. Trustee | Account Number: 2583; Claim #: 15; pmt via pay.gov | 2950-000 |  | $1,777.52 | $0.00 |
| | | | **TOTALS:** | | $25,530.17 | $25,530.17 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $25,530.17 | $25,530.17 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $25,530.17 | $25,530.17 | |

**For the period of 11/23/2020 to 11/10/2025**

| | |
|---|---|
| Total Compensable Receipts: | $25,530.17 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,530.17 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,530.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,530.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/20/2023 to 11/10/2025**

| | |
|---|---|
| Total Compensable Receipts: | $25,530.17 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,530.17 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,530.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,530.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 4        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 20-12583-KHK | Trustee Name: | H. Jason Gold |
| Case Name: | EL RAFAEI, MOHAMED A | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5579 | Checking Acct #: | ******0048 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 11/23/2020 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 11/10/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $25,530.17 | $25,530.17 | $0.00 |

**For the period of 11/23/2020 to 11/10/2025**

| | |
|---|---|
| Total Compensable Receipts: | $25,530.17 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,530.17 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,530.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,530.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/17/2022 to 11/10/2025**

| | |
|---|---|
| Total Compensable Receipts: | $25,530.17 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,530.17 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,530.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,530.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ H. JASON GOLD

H. JASON GOLD