UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

In re: Mohamed A. El Rafaei

DEBTOR NAME(S)                                       Case No.   20-12583-KHK

Debtor.

_____

ORDER DISCHARGING TRUSTEE AND CLOSING CASE
_____

    It appearing to the Court that  H. Jason Gold , Trustee, has reduced the property and effects of the estate to cash; that the Trustee has made distribution thereof and has rendered a full and complete account thereof, and that said Trustee has performed all other and further duties required in the administration of said estate; and upon Application of the said Trustee, and the review by the United States Trustee, and it further appearing to the Court that nothing further remains to be done in this matter

    It is ORDERED that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged and relieved of the trust.

CHARRI S. STEWART
CLERK OF COURT

Date: February 26, 2026

By: /s/ Natalia Newbold
Deputy Clerk

NOTICE OF JUDGMENT ORDER
ENTERED ON DOCKET:
February 26, 2026

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 20-12583-KHK |
| Mohamed A. El Rafaei | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: NataliaNe | Page 1 of 3 |
| Date Rcvd: Feb 26, 2026 | Form ID: pdford5 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mohamed A. El Rafaei, 9203 Old Courthouse Rd., Vienna, VA 22182-2013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carl A. Eason | on behalf of Creditor Ally Bank by and through its servicer Ally Servicing LLC bankruptcy@wolriv.com |
| Charles Benjamin Peoples | on behalf of Trustee H. Jason Gold cpeoples@tthlaw.com |
| Charles Benjamin Peoples | on behalf of Plaintiff Hanan Khalil cpeoples@tthlaw.com |
| Charles Benjamin Peoples | on behalf of Plaintiff H. Jason Gold cpeoples@tthlaw.com |
| Charles Benjamin Peoples | on behalf of Creditor Hanan Khalil cpeoples@tthlaw.com |
| Christopher L. Rogan | on behalf of Defendant Mohamed A. El Rafaei crogan@rmzlawfirm.com |

| | | |
|---|---|---|
| District/off: 0422-9 | User: NataliaNe | Page 2 of 3 |
| Date Rcvd: Feb 26, 2026 | Form ID: pdford5 | Total Noticed: 1 |

Christopher L. Rogan
    on behalf of Attorney RoganMillerZimmerman PLLC crogan@rmzlawfirm.com

Daniel M. Press
    on behalf of Creditor Adel S. Kebaish dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Daniel M. Press
    on behalf of Defendant Adel S. Kebaish dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Daniel M. Press
    on behalf of Defendant Tysons7787 LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Daniel M. Press
    on behalf of Defendant Tysons LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Dylan G. Trache
    on behalf of Trustee H. Jason Gold Trustee dylan.trache@nelsonmullins.com,
linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Dylan G. Trache
    on behalf of Attorney Nelson Mullins Riley & Scarborough LLP dylan.trache@nelsonmullins.com
linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

H. Jason Gold
    goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Jack Frankel
    on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov
USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Jack Frankel
    on behalf of Plaintiff Gerard R. Vetter jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

James P Campbell
    on behalf of Defendant Mohamed A. El Rafaei jcampbell@campbellcastoclark.com
spowell@campbellflannery.com;jcampbell@campbellflannery.com;JCampbell@campbellcastoclark.com;jcampbell@campbellflannery.com

James P Campbell
    on behalf of Special Counsel James P Campbell Flannery PC jcampbell@campbellcastoclark.com
spowell@campbellflannery.com;jcampbell@campbellflannery.com;JCampbell@campbellcastoclark.com;jcampbell@campbellflannery.com

Jonathan Baird Vivona
    on behalf of Unknown Vikrant Bhatia jvivona@vpbklaw.com notices@vpbklaw.com

Justin Fasano
    on behalf of Defendant Anis Rhanime jfasano@mhlawyers.com
jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;cmartin@mhlawyers.com

Justin Fasano
    on behalf of Interested Party Anis Rhanime jfasano@mhlawyers.com
jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;cmartin@mhlawyers.com

Kevin M. O'Donnell
    on behalf of Defendant Said Shehata kmo@henrylaw.com mbp@henrylaw.com;odonnell.kevinb@notify.bestcase.com

Lacey Ullman Conn
    on behalf of Creditor Charles B. Peoples lconn@tthlaw.com

Lacey Ullman Conn
    on behalf of Plaintiff Hanan Khalil lconn@tthlaw.com

Lacey Ullman Conn
    on behalf of Creditor Hanan Khalil lconn@tthlaw.com

Matthew W. Cheney
    ustpregion04.ax.ecf@usdoj.gov

Michael T. Freeman
    on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

Robert Sergio Brandt
    on behalf of Debtor Mohamed A. El Rafaei brandt@brandtlawfirm.com
G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Robert Sergio Brandt
    on behalf of Defendant Retro Hub LLC brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Robert Sergio Brandt
    on behalf of Defendant Omnia Moustafa brandt@brandtlawfirm.com
G36549@notify.cincompass.com;lgray@brandtlawfirm.com

| | | |
|---|---|---|
| District/off: 0422-9 | User: NataliaNe | Page 3 of 3 |
| Date Rcvd: Feb 26, 2026 | Form ID: pdford5 | Total Noticed: 1 |

Robert Sergio Brandt
    on behalf of Defendant Mohamed A. El Rafaei brandt@brandtlawfirm.com
    G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Robyn Danielle Pepin
    on behalf of Creditor SunTrust Bank  now Truist Bank rpepin@glasserlaw.com, pjmecf@glasserlaw.com

Sara A. John
    on behalf of Creditor SunTrust Bank now Truist Bank sara_john@eppspc.com

Sara A. John
    on behalf of Creditor Ally Bank sara_john@eppspc.com

Sara A. John
    on behalf of Creditor Santander Consumer USA Inc. sara_john@eppspc.com

Stephen A. Metz
    on behalf of Creditor Hanan Khalil smetz@offitkurman.com  mmargulies@offitkurman.com;lydia.yale@offitkurman.com

Stephen A. Metz
    on behalf of Plaintiff Hanan Khalil smetz@offitkurman.com  mmargulies@offitkurman.com;lydia.yale@offitkurman.com

United States Trustee
    USTPRegion04.NO.ECF@usdoj.gov  ustpregion04.ax.ecf@usdoj.gov;USTPRegion04.RH.ECF@usdoj.gov

Warren Robert Stein
    on behalf of Defendant Design 2 Build  LLC Wrsteinesq@aol.com, lcodysmith@verizon.net

TOTAL: 39